**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Southern District Of Texas**

Case number (*If known*): _____

Chapter you are filing under:
- ☒ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy   12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | Sammy <br> First name <br><br> Middle name <br><br> Vela <br> Last name <br><br> Suffix (Sr., Jr., II, III) | First name <br><br> Middle name <br><br> Last name <br><br> Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | First name <br><br> Middle name <br><br> Last name <br><br> First name <br><br> Middle name <br><br> Last name | First name <br><br> Middle name <br><br> Last name <br><br> First name <br><br> Middle name <br><br> Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 9 1 1 4 <br> OR <br> 9 xx – xx – ____ | xxx – xx – ____ <br> OR <br> 9 xx – xx – ____ |

Debtor 1    Sammy Vela
_____
First Name    Middle Name    Last Name

Case number (if known)_____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☒ I have not used any business names or EINs.

_____
Business name

_____
Business name

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

☐ I have not used any business names or EINs.

_____
Business name

_____
Business name

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

**5. Where you live**

9903 Cinco Ridge Drive
_____
Number        Street

_____

Katy                              TX          77494
_____
City                              State      ZIP Code

FORT BEND
_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                              State      ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number        Street

_____

_____
City                              State      ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                              State      ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☒ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

_____

_____

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

_____

_____

_____

Debtor 1    <u>Sammy Vela</u>
First Name        Middle Name        Last Name

Case number (if known)_____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☒ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

☒ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

☒ No

☐ Yes.    District _____    When _____    Case number _____
                                                                     MM / DD / YYYY

District _____    When _____    Case number _____
                                                          MM / DD / YYYY

District _____    When _____    Case number _____
                                                          MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No

☐ Yes.    Debtor _____    Relationship to you _____

District _____    When _____    Case number, if known_____
                                                          MM / DD / YYYY

Debtor _____    Relationship to you _____

District _____    When _____    Case number, if known_____
                                                          MM / DD / YYYY

**11.** **Do you rent your residence?**

☒ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1     <u>Sammy Vela</u>
        First Name     Middle Name     Last Name

Case number *(if known)*_____

---

**Part 3:**   **Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number          Street

_____

_____
City                                        State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☒ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**   **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No

☐ Yes.   What is the hazard?   _____

_____

If immediate attention is needed, why is it needed?   _____

_____

Where is the property?   _____
                         Number          Street

_____

_____
City                                        State      ZIP Code

---

Debtor 1   Sammy Vela _____   Case number (*if known*)_____

First Name        Middle Name        Last Name

---

**Part 5:**   **Explain Your Efforts to Receive a Briefing About Credit Counseling**

---

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

| **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|
| *You must check one:* | *You must check one:* |
| ☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. |
| ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. |
| ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. | ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. |
| ☐ **I am not required to receive a briefing about credit counseling because of:** | ☐ **I am not required to receive a briefing about credit counseling because of:** |
| ☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. | ☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. |
| ☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. | ☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. |
| ☐ **Active duty.**  I am currently on active military duty in a military combat zone. | ☐ **Active duty.**  I am currently on active military duty in a military combat zone. |
| If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

---

Debtor 1 <u>Sammy Vela</u>
First Name        Middle Name        Last Name

Case number (if known)_____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☒ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☒ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| **Part 7:** | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12 or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✘ <u>/s/Sammy Vela</u>
Signature of Debtor 1

✘ _____
Signature of Debtor 2

Executed on <u>08/04/2019</u>
MM / DD / YYYY

Executed on _____
MM / DD / YYYY

Debtor 1   <u>Sammy Vela</u>
First Name      Middle Name       Last Name

Case number *(if known)*_____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** <u>/s/Margaret M. McClure</u>
Signature of Attorney for Debtor

Date   <u>08/04/2019</u>
MM   /   DD  / YYYY

<u>Margaret M. McClure</u>
Printed name

<u>Law Office of Margaret M. McClure</u>
Firm name

<u>909 Fannin, Suite 3810</u>
Number    Street

_____

<u>Houston</u>
City

<u>TX</u>
State

<u>77010</u>
ZIP Code

Contact phone  <u>(713) 659-1333</u>

Email address   <u>Margaret@mmmcclurelaw.con</u>

<u>00787997</u>
Bar number

<u>TX</u>
State

---

**Fill in this information to identify your case:**

Debtor 1    **Sammy Vela**
          First Name             Middle Name            Last Name

Debtor 2
(Spouse, if filing)   First Name             Middle Name            Last Name

United States Bankruptcy Court for the:   **Southern District of Texas**

Case number _____
          (If known)

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:   Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

    1a. Copy line 55, Total real estate, from *Schedule A/B*...................................................... $ **577,130.00**

    1b. Copy line 62, Total personal property, from *Schedule A/B*........................................ $ **-69,311.76**

    1c. Copy line 63, Total of all property on *Schedule A/B*.................................................. $ **507,818.24**

### Part 2:   Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)

    2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*............ $ **395,270.94**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)

    3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*......................................... $ **1,100,000.00**

    3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................... + $ **8,618,295.51**

    **Your total liabilities**   $ **10,113,566.45**

### Part 3:   Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)

    Copy your combined monthly income from line 12 of *Schedule I* ......................................................................... $ **10,000.00**

5. *Schedule J: Your Expenses* (Official Form 106J)

    Copy your monthly expenses from line 22, Column A, of *Schedule J*................................................................ $ **16,431.54**

Debtor 1    **Sammy Vela**
First Name    Middle Name    Last Name

Case number *(if known)*_____

---

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-10 for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| | Total claim |
|---|---|
| **From Part 4 on** *Schedule E/F*, **copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $_____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
| 9d. Student loans. (Copy line 6f.) | $_____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | **+** $_____ |
| 9g. **Total.** Add lines 9a through 9f. | $_____ |

**Fill in this information to identify your case and this filing:**

Debtor 1 _____Sammy_____Vela_____
　　　　　First Name　　　　　Middle Name　　　　　Last Name

Debtor 2 _____
(Spouse, if filing)　First Name　　　　　Middle Name　　　　　Last Name

United States Bankruptcy Court for the: _Southern District of Texas____

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:　Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes. Where is the property?

**1.1.** Homestead at 9903 Cinco Ridge Drive
Street address, if available, or other description

Katy　　　　　　TX　　77494
City　　　　　　State　　ZIP Code

Fort Bend County
County

**What is the property?** Check all that apply.
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**　**Current value of the portion you own?**
$577,130.00　　　　$577,130.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Fee Simple Ownership

☐ **Check if this is community property** (see instructions)

If you own or have more than one, list here:

**1.2.** _____
Street address, if available, or other description

_____

City　　　　　　State　　ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**　**Current value of the portion you own?**
$_____　　　$_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ **Check if this is community property** (see instructions)

Debtor 1  Sammy _____ Vela _____
First Name    Middle Name    Last Name

Case number (if known) _____

---

1.3. _____
Street address, if available, or other description

_____

_____

City            State    ZIP Code

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$_____

**Current value of the portion you own?**
$_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** ......................➔

$577,130.00

---

## Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

3.1.  Make:    Ford
Model:   F150
Year:    2018
Approximate mileage:  46,000
Other information:

Keeping

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$23,160.00

**Current value of the portion you own?**
$23,160.00

If you own or have more than one, describe here:

3.2.  Make:    BMW
Model:   320i
Year:    2015
Approximate mileage:  33,000
Other information:

Keeping

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$15,426.00

**Current value of the portion you own?**
$15,426.00

---

Debtor 1   Sammy          Vela
First Name   Middle Name   Last Name                          Case number *(if known)*_____

---

3.3.  Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[  ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

3.4.  Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

[  ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

4.1.  Make: _____

Model: _____

Year: _____

Other information:

[  ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

If you own or have more than one, list here:

4.2.  Make: _____

Model: _____

Year: _____

Other information:

[  ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ..................................➔    $38,586.00

---

Debtor 1    Sammy            Vela
            First Name    Middle Name    Last Name

Case number *(if known)*_____

## Part 3:    Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☒ Yes. Describe......... | See Attachment 1 |    $1,385.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☒ Yes. Describe......... | Television(s): $250.00; Computer: $15.00; Printer: $10.00 |    $275.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☒ No
   ☐ Yes. Describe......... |    | $_____

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☒ No
   ☐ Yes. Describe......... |    | $_____

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☒ No
    ☐ Yes. Describe......... |    | $_____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☒ Yes. Describe......... | Clothing & Shoes |    $150.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☒ No
    ☐ Yes. Describe......... |    | $_____

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☒ No
    ☐ Yes. Describe......... |    | $_____

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☒ No
    ☐ Yes. Give specific information.............. |    | $_____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .........................................➔ | $1,810.00 |

Debtor 1    Sammy _____ Vela _____    Case number (if known)_____
         First Name   Middle Name   Last Name

---

| **Part 4:** | **Describe Your Financial Assets** |

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☒ No
   ☐ Yes.................................................................................................................................   Cash: ...................... $_____

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ☒ Yes....................

   | | Institution name: | |
   |---|---|---|
   | 17.1. Checking account: | BBVA Compass Bank, checking acct 1372-Frozen | $4,214.50 |
   | 17.2. Checking account: | Prosperity Bank, checking acct. 6374 | $-121,820.00 |
   | 17.3. Savings account: | | $_____ |
   | 17.4. Savings account: | | $_____ |
   | 17.5. Certificates of deposit: | | $_____ |
   | 17.6. Other financial account: | Regions Bank (Wife's), account no. 4157 | $62.74 |
   | 17.7. Other financial account: | | $_____ |
   | 17.8. Other financial account: | | $_____ |
   | 17.9. Other financial account: | | $_____ |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☒ No
   ☐ Yes.................    Institution or issuer name:

   _____   $_____
   _____   $_____
   _____   $_____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☐ No
   ☒ Yes. Give specific information about them. ......................

   | Name of entity: | % of ownership: | |
   |---|---|---|
   | **See Attachment 2** | 100 % | $Unknown |
   | Sammy's Grill, LLC 2 | 100 % | $Unknown |
   | Sammy's Grill, LLC 3 | 100 % | $Unknown |

   **See Attachment 3: Additional Non-Publically Traded Stocks and Interests in Incorporated and**

---

Debtor 1  **Sammy**          **Vela**
　　　　　First Name　Middle Name　Last Name　　　　　　　Case number *(if known)*_____

---

**20.** **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☒ No
☐ Yes. Give specific    Issuer name:
　　information about
　　them. ....................    _____   $_____
　　　　　　　　　　　　　_____   $_____
　　　　　　　　　　　　　_____   $_____

**21.** **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☒ No
☐ Yes. List each    Type of account:    Institution name:
　　account separately..

　　　　　　　401(k) or similar plan:  _____   $_____

　　　　　　　Pension plan:  _____   $_____

　　　　　　　IRA:  _____   $_____

　　　　　　　Retirement account:  _____   $_____

　　　　　　　Keogh:  _____   $_____

　　　　　　　Additional account:  _____   $_____

　　　　　　　Additional account:  _____   $_____

**22.** **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☒ No
☐ Yes..........................    Institution name or individual:

　　　　　　　Electric:  _____   $_____

　　　　　　　Gas:  _____   $_____

　　　　　　　Heating oil:  _____   $_____

　　　　　　　Security deposit on rental unit:  _____   $_____

　　　　　　　Prepaid rent:  _____   $_____

　　　　　　　Telephone:  _____   $_____

　　　　　　　Water:  _____   $_____

　　　　　　　Rented furniture:  _____   $_____

　　　　　　　Other:  _____   $_____

**23.** **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☒ No
☐ Yes..........................    Issuer name and description:

　　　　　　　　_____   $_____
　　　　　　　　_____   $_____
　　　　　　　　_____   $_____

---

| Debtor 1 | Sammy | Vela | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Case number *(if known)*_____

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No
☐ Yes ..................................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____  $_____
_____  $_____
_____  $_____

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No
☐ Yes. Give specific information about them. ..  $_____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes. Give specific information about them. ..  $_____

**27. Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☐ Yes. Give specific information about them. ..  $_____

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

Federal: $_____
State: $_____
Local: $_____

**29. Family support**
*Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes. Give specific information. .............

Alimony: $_____
Maintenance: $_____
Support: $_____
Divorce settlement: $_____
Property settlement: $_____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☒ Yes. Give specific information. .............  **See Attachment 4**   $7,835.00

Debtor 1   Sammy _____ Vela _____
First Name   Middle Name   Last Name

Case number (if known) _____

---

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☒ No
    ☐ Yes. Name the insurance company
    of each policy and list its value. ...

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | _____ | _____ | $_____ |
    | _____ | _____ | $_____ |
    | _____ | _____ | $_____ |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

    ☒ No
    ☐ Yes. Give specific information. ............   [                    ]   $_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☒ No
    ☐ Yes. Describe each claim. ....................   [                    ]   $_____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☒ No
    ☐ Yes. Describe each claim. ....................   [                    ]   $_____

35. **Any financial assets you did not already list**

    ☒ No
    ☐ Yes. Give specific information. ...........   [                    ]   $_____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...........................................................   ➔   $-109,707.76

---

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☒ No. Go to Part 6.
    ☐ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☒ No
    ☐ Yes. Describe........   [                    ]   $_____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☒ No
    ☐ Yes. Describe......   [                    ]   $_____

---

Debtor 1  <u>Sammy</u>          <u>Vela</u>                      Case number *(if known)*_____
          First Name   Middle Name   Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☒ No
☐ Yes. Describe.......  [                                    ]   $_____

41. **Inventory**
☒ No
☐ Yes. Describe.......  [                                    ]   $_____

42. **Interests in partnerships or joint ventures**
☒ No
☐ Yes. Describe.......   Name of entity:                     % of ownership:
                        _____   _____%   $_____
                        _____   _____%   $_____
                        _____   _____%   $_____

43. **Customer lists, mailing lists, or other compilations**
☒ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
        ☒ No
        ☐ Yes. Describe.........  [                              ]   $_____

44. **Any business-related property you did not already list**
☒ No
☐ Yes. Give specific   _____   $_____
        information .........  _____   $_____
                        _____   $_____
                        _____   $_____
                        _____   $_____
                        _____   $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
    for Part 5. Write that number here** ................................................................➔  [ $0.00            ]

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to Part 7.
☐ Yes. Go to line 47.

                                                              **Current value of the
                                                              portion you own?**
                                                              Do not deduct secured claims
                                                              or exemptions.

47. **Farm animals**
    *Examples*: Livestock, poultry, farm-raised fish
☒ No
☐ Yes..........................  [                              ]   $_____

Debtor 1    <u>Sammy</u>       <u>Vela</u>

     First Name      Middle Name      Last Name

Case number *(if known)* _____

48. **Crops—either growing or harvested**

☒ No
☐ Yes. Give specific information. ............      $ _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☒ No
☐ Yes..........................      $ _____

50. **Farm and fishing supplies, chemicals, and feed**

☒ No
☐ Yes..........................      $ _____

51. **Any farm- and commercial fishing-related property you did not already list**

☒ No
☐ Yes. Give specific information. ............      $ _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ............ ➜   | $0.00 |

---

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☒ No
☐ Yes. Give specific information. ............      $ _____
     $ _____
     $ _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ............ ➜   $ _____

---

| **Part 8:** | **List the Totals of Each Part of this Form** |

55. **Part 1: Total real estate, line 2** ............................................................ ➜   | $577,130.00 |

56. **Part 2: Total vehicles, line 5**      $38,586.00

57. **Part 3: Total personal and household items, line 15**      $1,810.00

58. **Part 4: Total financial assets, line 36**      $-109,707.76

59. **Part 5: Total business-related property, line 45**      $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**      $0.00

61. **Part 7: Total other property not listed, line 54**   + $0.00

62. **Total personal property.** Add lines 56 through 61. ...................    | $-69,311.76 |    Copy personal property total ➜ + $-69,311.76

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. .........................................    | $507,818.24 |

# Attachment
## Debtor: Sammy Vela   Case No:

**Attachment 1**

Stove: $25.00; Refrigerator: $100.00; Washer & Dryer: $100.00; Microwave: $50.00; Cooking Utensils: $25.00; Silverware/Flatware: $5.00; Cookware (Pots/Pans): $5.00; Living Room Furniture: $300.00; Dining Room Furniture: $200.00; Kitchen Table & Chairs: $100.00; Bedroom Furniture: $300.00; Dressers/Nightstands: $50.00; Lamps & Accessories: $25.00; Desk & Chair: $100.00

**Attachment 2**

Sammy's Grill, LLC dba Stadia Bar and Grill; dba Sammy's Steakhouse; dba Sammy's Sports Bar

**Attachment 3: Additional Non-Publically Traded Stocks and Interests in Incorporated and Unincorporated Businesses**

100% interest in Sammy's Grill, LLC 4
Value: Unknown

100% interest in Sammy's Grill, LLC 5
Value: Unknown

100% interest in Sammy's Grill, LLC 6
Value: Unknown

100% interest in Sammy's Grill, LLC 7
Value: Unknown

100% interest in Sammy's Grill, LLC 8
Value: Unknown

100% interest in Sammy's Grill, LLC 9
Value: Unknown

100% interest in Sammy's Mexican Kitchen, LLC
Value: Unknown

100% interest in Sammy's Restaurants, LLC
Value: Unknown

100% interest in Sammy's Ritas and Fajitas, LLC
Value: Unknown

100% interest in Sammy's Steakhouse, LLC
Value: Unknown

**Attachment 4**

Hoff Law Offices, P.C/Jessica L. Hoff owes Debtor a refund of $7,835 for bankruptcy services not performed.; Michael D. Stein, Receiver, owes Debtor $4,214.50 that was frozen in Debtor's bank account in collection of a judgment.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Sammy Vela | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of Texas

Case number
(If known) _____

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt           04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Homestead at 9903 Cinco Ridge Dr., Katy, TX 77494<br>Line from *Schedule A/B*: 1.0 | $577,130.00 | ☒ $ 240,583.24<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Const. Art. XVI, §§ 50, 51 Code §§ 41.001, 41.002 |
| Brief description: 2018 Ford F150 Pickup<br>Line from *Schedule A/B*: 3.1 | $23,160.00 | ☒ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TPC §§ 42.001(a), 42.002(a)(9) |
| Brief description: 2015 BMW 320i<br>Line from *Schedule A/B*: 3.2 | $15,426.00 | ☒ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TPC §§ 42.001(a), 42.002(a)(9) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No
   ☒ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☒ No
   ☐ Yes

Debtor 1    Sammy Vela
___First Name_____Middle Name_____Last Name___                    Case number (if known)_____

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: Stove<br>Line from *Schedule A/B*: 6 | $25.00 | ☒ $ 25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TPC §§ 41.001(a), 42.002(a)(1) |
| Brief description: Refrigerator<br>Line from *Schedule A/B*: 6 | $100.00 | ☒ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TPC §§ 41.001(a), 42.002(a)(1) |
| Brief description: Washer & Dryer<br>Line from *Schedule A/B*: 6 | $100.00 | ☒ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TPC §§ 41.001(a), 42.002(a)(1) |
| Brief description: Microwave<br>Line from *Schedule A/B*: 6 | $50.00 | ☒ $ 50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TPC §§ 41.001(a), 42.002(a)(1) |
| Brief description: Cooking Utensils<br>Line from *Schedule A/B*: 6 | $25.00 | ☒ $ 25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TPC §§ 41.001(a), 42.002(a)(1) |
| Brief description: Silverware/Flatware<br>Line from *Schedule A/B*: 6 | $5.00 | ☒ $ 5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TPC §§ 41.001(a), 42.002(a)(1) |
| Brief description: Cookware (Pots/Pans)<br>Line from *Schedule A/B*: 6 | $5.00 | ☒ $ 5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TPC §§ 41.001(a), 42.002(a)(1) |
| Brief description: Living Room Furniture<br>Line from *Schedule A/B*: 6 | $300.00 | ☒ $ 300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TPC §§ 41.001(a), 42.002(a)(1) |
| Brief description: Dining Room Furniture<br>Line from *Schedule A/B*: 6 | $200.00 | ☒ $ 200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TPC §§ 41.001(a), 42.002(a)(1) |
| Brief description: Kitchen Table & Chairs<br>Line from *Schedule A/B*: 6 | $100.00 | ☒ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TPC §§ 41.001(a), 42.002(a)(1) |
| Brief description: Television(s)<br>Line from *Schedule A/B*: 7 | $250.00 | ☒ $ 250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TPC §§ 41.001(a), 42.002(a)(1) |
| Brief description: Bedroom Furniture<br>Line from *Schedule A/B*: 6 | $300.00 | ☒ $ 300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TPC §§ 41.001(a), 42.002(a)(1) |

Debtor 1 __Sammy_____Vela_____
      First Name     Middle Name     Last Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Dressers/Nightstands<br>Line from *Schedule A/B*: 6 | $50.00 | ☒ $ 50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TPC §§ 41.001(a), 42.002(a)(1) |
| Brief description: Lamps & Accessories<br>Line from *Schedule A/B*: 6 | $25.00 | ☒ $ 25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TPC §§ 41.001(a), 42.002(a)(1) |
| Brief description: Computer<br>Line from *Schedule A/B*: 7 | $15.00 | ☒ $ 15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TPC §§ 41.001(a), 42.002(a)(1) |
| Brief description: Printer<br>Line from *Schedule A/B*: 7 | $10.00 | ☒ $ 10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TPC §§ 41.001(a), 42.002(a)(1) |
| Brief description: Desk & Chair<br>Line from *Schedule A/B*: 6 | $100.00 | ☒ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TPC §§ 41.001(a), 42.002(a)(1) |
| Brief description: Clothing & Shoes<br>Line from *Schedule A/B*: 11 | $150.00 | ☒ $ 150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | TPC §§ 41.001(a), 42.002(a)(1) |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

Debtor 1    Sammy Vela
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   Southern District of Texas

Case number
(If known)  _____

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**
    ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
    ☒ Yes. Fill in all of the information below.

## Part 1:   List All Secured Claims

2.  **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** Ally Financial<br>Creditor's Name<br><br>P.O. Box 380902<br>Number    Street<br><br>Bloomington    MN   55438<br>City    State    ZIP Code | **Describe the property that secures the claim:**<br>2018 Ford F150 Pickup<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $40,954.00 | $23,160.00 | $17,794.00 |
| **Who owes the debt?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ Check if this claim relates to a community debt<br>Date debt was incurred  3/2018 | **Nature of lien.** Check all that apply.<br>☒ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____<br><br>Last 4 digits of account number  4   8   7   5 | | | |
| **2.2** BMW Financial Services.<br>Creditor's Name<br><br>P.O. Box 78103<br>Number    Street<br><br>Phoenix    AZ   85062<br>City    State    ZIP Code | **Describe the property that secures the claim:**<br>2015 BMW 320i<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $17,770.18 | $15,426.00 | $2,344.18 |
| **Who owes the debt?** Check one.<br>☒ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br><br>☐ Check if this claim relates to a community debt<br>Date debt was incurred  12/1/14 | **Nature of lien.** Check all that apply.<br>☒ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____<br><br>Last 4 digits of account number  3   8   7   4 | | | |

| Add the dollar value of your entries in Column A on this page. Write that number here: | $58,724.18 | |
|---|---|---|

Debtor 1     Sammy Vela
　　　　　First Name    Middle Name    Last Name

Case number *(if known)*_____

| **Part 1:** | **Additional Page** After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Column A** Amount of claim Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|

---

**2.3**

Centejas Investments, LLC
Creditor's Name

200 Bartlett Drive, Suite 106
Number　　　Street

El Paso　　　　　　TX　　79912
City　　　　　　　State　　ZIP Code

**Who owes the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred** 8/3/13

**Describe the property that secures the claim:**

Homestead at 9903 Cinco Ridge Dr., Katy, TX 77494

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☒ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number**  2  4  0  6

Column A: $336,546.76    Column B: $577,130.00    Column C: $0.00

---

**2.4**

Creditor's Name

Number　　　Street

City　　　　　　　State　　ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

Column A: $    Column B: $    Column C: $

---

**2.5**

Creditor's Name

Number　　　Street

City　　　　　　　State　　ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

**Last 4 digits of account number** ___ ___ ___ ___

Column A: $    Column B: $    Column C: $

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $336,546.76 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $395,270.94 |

Debtor 1 <u>Sammy Vela</u>
First Name        Middle Name        Last Name

Case number *(if known)*_____

<table>
<tr><td>Part 2:</td><td><b>List Others to Be Notified for a Debt That You Already Listed</b></td></tr>
</table>

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

Ally Financial
Name

P.O. Box 9001951
Number      Street

Louisville                    KY          40290
City                          State        ZIP Code

On which line in Part 1 did you enter the creditor? 2.1

Last 4 digits of account number 4  8  7  5

---

BMW Financial Services
Name

P.O. Box 3608
Number      Street

Dublin                        OH          43016
City                          State        ZIP Code

On which line in Part 1 did you enter the creditor? 2.2

Last 4 digits of account number 3  8  7  4

---

Name

Number      Street

City                          State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number      Street

City                          State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number      Street

City                          State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number      Street

City                          State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number ___ ___ ___ ___

---

Fill in this information to identify your case:

Debtor 1    Sammy _____ Vela _____
First Name       Middle Name       Last Name

Debtor 2
(Spouse, if filing) First Name       Middle Name       Last Name

United States Bankruptcy Court for the: Southern District of Texas

Case number _____
(If known)

☐ Check if this is an
amended filing

## Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ☒ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** | Internal Revenue Service
Priority Creditor's Name
P.O. Box 7346
Number       Street

Philadelphia       PA       19101-7346
City       State       ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Total claim: $1,100,000.00   Priority amount: $Unknown   Nonpriority amount: $Unknown

**2.2** | Texas Comptroller of Public Accounts.
Priority Creditor's Name
Office of the Attorney General
Number       Street
P.O. Box 12548
Austin       TX       78711-2548
City       State       ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Total claim: $Unknown   Priority amount: $Unknown   Nonpriority amount: $Unknown

Debtor 1    Sammy                          Vela
            First Name    Middle Name    Last Name

Case number *(if known)*_____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☒ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than four priority unsecured claims fill out the Continuation Page of Part 2.

                                                                                        **Total claim**

**4.1** 1027 Sawdust Road, LLC
Nonpriority Creditor's Name

c/o H. Fred Cook 2500 Fannin Street
Number        Street

Houston                    TX        77002
City                       State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC

$60,917.23

---

**4.2** A1 Check-Cashing
Nonpriority Creditor's Name

6065 Hillcroft Avenue, Suite 502
Number        Street

Houston                    TX        77081
City                       State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?        _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt-Sammy's Grill, LLC-Lawsuit

$878.52

---

**4.3** Aiqun Sun
Nonpriority Creditor's Name

2907 Marble Falls Drive
Number        Street

Pearland                   TX        77584
City                       State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?     4/7/17

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 9

$50,000.00

---

Debtor 1 ___Sammy_____ _____ ___Vela_____    Case number _(if known)_____
        First Name   Middle Name   Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.4**

Alex & Traci Tripp
Nonpriority Creditor's Name

c/o David W. Showalter 1117 FM 359, Suite 200
Number        Street

Richmond                    TX        77406
City                        State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 3,5 - Lawsuit

$90,000.00

**4.5**

Alsco - Austin
Nonpriority Creditor's Name

c/o Commercial Collection Corp. of NY 34 Seymour Street
Number        Street

Tonawanda                   NY        14150
City                        State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  6   2   8   7

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Sports Grill, LLC

$3,360.50

**4.6**

American Express National Bank
Nonpriority Creditor's Name

c/o Donald D. DeGrasse 1800 Bering, Suite 1000
Number        Street

Houston                     TX        77057
City                        State     ZIP Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  1   0   0   4

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Credit Card - Judgment

$81,412.78

Debtor 1    Sammy                          Varela
           First Name    Middle Name    Last Name                          Case number *(if known)*

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---------|------------------------------------------------------|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.7**

Anderson Investment Enterprises, LLC
Nonpriority Creditor's Name

5215 Blue Pearl
Number        Street

Richmond                    TX      77407
City                        State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    8/1/2018

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt - Sammy's Grill, LLC 7

$25,000.00

---

**4.8**

Andrea Nicholle Simpson
Nonpriority Creditor's Name

11922 Surrey Lane
Number        Street

Houston                     TX      77024
City                        State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    8/17/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 3

$25,000.00

---

**4.9**

Arcarius, LLC
Nonpriority Creditor's Name

c/o Andrew B. Totz 2211 Norfolk, Suite 510
Number        Street

Houston                     TX      77098
City                        State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt-Sammy's Grill, LLC-Judgment

$210,332.63

Debtor 1    Sammy              Della
            First Name    Middle Name    Last Name                    Case number *(if known)*

| **Part 2:** | **Your NONPRIORITY Unsecured Claims —Continuation Page** |

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.          **Total claim**

**4.10**

Ben E. Keith Foods
Nonpriority Creditor's Name

c/o S. Mark Murray 10001 Reunion Place, Suite 640
Number        Street

San Antonio              TX        78216
City                     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          $23,643.89

When was the debt incurred?      _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC - Lawsuit

**4.11**

Bobby Glen Moore
Nonpriority Creditor's Name

23226 Colony Green Drive
Number        Street

Katy                     TX        77494
City                     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          $25,000.00

When was the debt incurred?      5/7/14

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 2

**4.12**

Bobby J. Scott
Nonpriority Creditor's Name

26138 Travis Brook Drive
Number        Street

Richmond                 TX        77406
City                     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___          $25,000.00

When was the debt incurred?      4/22/18

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt - Sammy's Grill, LLC 9

Debtor 1  Sammy _____ Vela _____
First Name    Middle Name    Last Name

Case number *(if known)* _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.13**

Brian Primak
Nonpriority Creditor's Name

21318 Hawkley Drive
Number        Street

Richmond                    TX        77406
City                          State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**    2/6/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 3

$25,000.00

---

**4.14**

Cajun Gourmet, LLC/Edward W. Drew
Nonpriority Creditor's Name

2314 Gunston Court
Number        Street

Sugar Land                  TX        77478
City                          State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Sports Bar - Judgment

$4,973.50

---

**4.15**

Cameron W. Brown
Nonpriority Creditor's Name

3226 Logancrest Court
Number        Street

Katy                        TX        77494
City                          State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**    8/24/18

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt - Sammy's Grill, LLC 6

$50,000.00

---

Debtor 1    Sammy        Vela

First Name      Middle Name      Last Name            Case number *(if known)*

| **Part 2:** | **Your NONPRIORITY Unsecured Claims —Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.      **Total claim**

---

**4.16**

Cameron W. Brown
Nonpriority Creditor's Name

3226 Logancrest Court
Number   Street

Katy        TX     77494
City           State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   8/2/17

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt - Sammy's Grill, LLC 7

$37,500.00

---

**4.17**

Catherine Michelle Ryan
Nonpriority Creditor's Name

2519 N. Ocean Blvd., #203
Number   Street

Boca Raton       FL     33431
City           State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   1/29/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 3

$25,000.00

---

**4.18**

CC Boardwalk 1, L.P.
Nonpriority Creditor's Name

c/o Brice B. Beale 5051 Westheimer, Suite 1200
Number   Street

Houston        TX     77056
City           State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus-Sammy's Ritas/Restaurants-Lawsuit

$Unknown

---

Debtor 1    Sammy                              Dela
            First Name    Middle Name    Last Name          Case number (if known)

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.19**

CC Tuckerton Retail, L.P.
Nonpriority Creditor's Name

c/o Brice B. Beale 5051 Westheimer, Suite 1200
Number        Street

Houston                    TX        77056
City                       State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [X] At least one of the debtors and another

- [X] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

Last 4 digits of account number  ___  ___  ___  ___      $Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [X] Other. Specify Bus-Sammy's Grill, LLC 9/Restaurants-Lawsuit

---

**4.20**

CH Retail Fund II/Rayford Harmony, LP
Nonpriority Creditor's Name

c/o Jeremy J. Overbey 3333 Lee Parkway, 8th Floor
Number        Street

Dallas                     TX        75219
City                       State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [X] At least one of the debtors and another

- [X] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

Last 4 digits of account number  ___  ___  ___  ___      $Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [X] Other. Specify Bus Debt of Sammy's Grill, LLC

---

**4.21**

Chris Rivers
Nonpriority Creditor's Name

4 Blalock Circle
Number        Street

Houston                    TX        77024
City                       State     ZIP Code

**Who incurred the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [X] At least one of the debtors and another

- [X] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [X] No
- [ ] Yes

Last 4 digits of account number  ___  ___  ___  ___      $Unknown

**When was the debt incurred?** 5/20/13

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [X] Other. Specify Bus Debt - Sammy's Grill, LLC

---

Debtor 1    Sammy                    Middle Name        Vela
              First Name    Middle Name    Last Name

Case number *(if known)*

| **Part 2:** | **Your NONPRIORITY Unsecured Claims —Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.22**

Cinco Southwest MUD #2
Nonpriority Creditor's Name

c/o Perdue, Brandon 1235 North Loop West, Suite 600
Number      Street

Houston                    TX      77008
City                        State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  2  9  2  1

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus-Sammy's Grill, LLC 2-Tax Lawsuit

$12,175.97

---

**4.23**

Colonial Funding Network, Inc.
Nonpriority Creditor's Name

120 West 45th Street, 2nd Floor
Number      Street

New York                    NY      10036
City                        State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC

$504,218.29

---

**4.24**

David Buzzelli
Nonpriority Creditor's Name

202 Fox Squirrel Court
Number      Street

Pinehurst                    TX      77362
City                        State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?  8/10/16

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 5

$40,000.00

---

Debtor 1   Sammy _____ Peña
           First Name    Middle Name    Last Name

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.25**

David Buzzelli & Marcos Chavez
Nonpriority Creditor's Name

c/o George Kurisky Jr. 1221 Lamar, Suite 1000
Number        Street

Houston                        TX        77010
City                           State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 5,6,9-Judgment

$333,126.24

**4.26**

David Perez
Nonpriority Creditor's Name

5002 Barlow Bend Lane
Number        Street

Katy                           TX        77450
City                           State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? 1/27/14

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt - Sammy's Grill, LLC 2

$Unknown

**4.27**

David Perez
Nonpriority Creditor's Name

5002 Barlow Bend Lane
Number        Street

Katy                           TX        77450
City                           State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? 7/27/16

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt - Sammy's Grill, LLC 7

$15,000.00

Debtor 1    Sammy          Vela

First Name    Middle Name    Last Name                          Case number _(if known)_____

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim**

### 4.28

**David Perez**
Nonpriority Creditor's Name

**5002 Barlow Bend Lane**
Number        Street

**Katy**                        **TX**        **77450**
City                          State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ **28**      $**Unknown**

**When was the debt incurred?**   7/11/17

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt - Sammy's Grill, LLC 8

### 4.29

**David Perez**
Nonpriority Creditor's Name

**5002 Barlow Bend Lane**
Number        Street

**Katy**                        **TX**        **77450**
City                          State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ **29**      $**Unknown**

**When was the debt incurred?**   9/13/13

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt - Sammy's Mexican Kitchen, LLC

### 4.30

**David Perez**
Nonpriority Creditor's Name

**5002 Barlow Bend Lane**
Number        Street

**Katy**                        **TX**        **77450**
City                          State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___      $**Unknown**

**When was the debt incurred?**   9/27/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt - Sammy's Steakhouse, LLC

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim**

**4.31**

Demetrio Chavez
Nonpriority Creditor's Name

c/o George Kurisky, Jr. 1221 Lamar, Suite 1000
Number   Street

Houston      TX     77010
City      State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 6 - Agreed Judgment

$54,412.05

**4.32**

Douglas N. Kelly
Nonpriority Creditor's Name

5315 Colesberry Court
Number   Street

Katy      TX     77450
City      State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? 3/30/14

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 2

$25,000.00

**4.33**

Eagle Chair, Inc.
Nonpriority Creditor's Name

c/o Preston D. Goodwin P.O. Box 8278
Number   Street

The Woodlands      TX     77387-8278
City      State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus-Sammy's Grill, LLC 6/Sports Grill-Judgment

$11,849.43

Debtor 1  Sammy _____ Vela _____    Case number *(if known)* _____
         First Name   Middle Name   Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.   **Total claim**

---

**4.34**

Elodia M. Salazar
Nonpriority Creditor's Name

4510 Royal Bend Lane
Number      Street

Sugar Land _____ TX ____ 77479
City                    State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   8/1/17

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Bus Debt of Sammy's Grill, LLC 7

$25,000.00

---

**4.35**

Employers One Source Group, Inc.
Nonpriority Creditor's Name

c/o Carmen Cavazos Pratt 4306 Yoakum Blvd., Suite 500
Number      Street

Houston _____ TX ____ 77006
City                    State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Bus-Sammy's Grill, LLC,2,3,5,6,8-Lawsuit

$138,505.51

---

**4.36**

Eric Arredondo
Nonpriority Creditor's Name

2303 Greens Court
Number      Street

Richmond _____ TX ____ 77406
City                    State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   2/13/17

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Bus Debt of Sammy's Grill, LLC 8

$25,000.00

---

Debtor 1    Sammy            Pela
           First Name    Middle Name    Last Name                                Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.    **Total claim**

---

**4.37**

Eric Arredondo
Nonpriority Creditor's Name

2303 Greens Court
Number        Street

Richmond                    TX        77406
City                        State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**   7/26/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 7

$50,000.00

---

**4.38**

Fort Bend County District Clerk
Nonpriority Creditor's Name

301 Jackson Street
Number        Street

Richmond                    TX        77469
City                        State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus-Sammy's Grill, LLC 2-Court Costs

$655.00

---

**4.39**

Fort Bend LMF Retail, LLC
Nonpriority Creditor's Name

15010 Lakefair Drive
Number        Street

Richmond                    TX        77406
City                        State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**   10/27/14

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC

$Unknown

---

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1   Sammy _____ Vela _____
First Name   Middle Name   Last Name

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |

**4.40**

George W. Smith, Jr.
Nonpriority Creditor's Name

22 Edgemont Court
Number   Street

Fulshear                    TX        77441
City                       State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?     1/19/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 3

$25,000.00

---

**4.41**

Greg Lyon
Nonpriority Creditor's Name

3819 Orchard Springs Court
Number   Street

Sugar Land                  TX        77479
City                       State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?     10/28/18

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt - Sammy's Grill, LLC 7

$25,000.00

---

**4.42**

Guard Insurance Group/WestGUARD Ins. Co.
Nonpriority Creditor's Name

c/o Don A. Leviton 3 Golf Center, Suite 361
Number   Street

Hoffman Estates             IL        60169
City                       State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  9  6  7  7

When was the debt incurred?     _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 2

$2,589.80

---

Debtor 1    Sammy _____ Middle Name _____ Vela _____                Case number (if known) _____
First Name          Middle Name          Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims —Continuation Page** |

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |

---

**4.43**

Guard Insurance Group/WestGUARD Ins. Co.
Nonpriority Creditor's Name

c/o Don A. Leviton 3 Golf Center, Suite 361
Number          Street

Hoffman Estates          IL          60169
City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  _1_ _8_ _6_ _3_                $4,977.04

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Steakhouse, LLC

---

**4.44**

Guard Insurance Group/WestGUARD Ins. Co.
Nonpriority Creditor's Name

c/o Don A. Leviton 3 Golf Center, Suite 361
Number          Street

Hoffman Estates          IL          60169
City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  _4_ _6_ _6_ _9_                $8,751.00

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 6

---

**4.45**

Guard Insurance Group/WestGUARD Ins. Co.
Nonpriority Creditor's Name

c/o Brown & Joseph, LLC One Pierce Place, Suite 1225W
Number          Street

Itasca          IL          60143
City          State          ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  _5_ _3_ _2_ _3_                $Unknown

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 3

---

Debtor 1    Sammy                         Middle Name                 Vela
           First Name        Middle Name                Last Name                Case number *(if known)*

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims —Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.46**

Hoff Law Offices, P.C./Jessica L. Hoff
Nonpriority Creditor's Name

1322 Space Park Drive, Suite B-128
Number        Street

Houston                        TX        77058
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $7,835.00

When was the debt incurred?    11/15/18

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Legal Services

---

**4.47**

Ikahn Capital
Nonpriority Creditor's Name

c/o Mark W. Stout 421 W. Third Street, Suite 910
Number        Street

Fort Worth                     TX        76102
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $126,109.52

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus-Sammy's Grill, LLC,2,3,5,8-Judgment

---

**4.48**

Jakes, Inc. dba Jake's Finer Foods
Nonpriority Creditor's Name

c/o Bruce K. Watkins 24 Greenway Plaza, Suite 1710
Number        Street

Houston                        TX        77046
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___          $409,246.67

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Sports Grill-Lawsuit

---

Official Form 106E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1 _____Sammy_____ _____ _____Vela_____     _____
First Name        Middle Name        Last Name                    Case number (if known)

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.49**

Jason B. Lane
Nonpriority Creditor's Name

c/o Corey J. Seel 500 Dallas, Suite 1200
Number      Street

Houston                    TX        77002
City                        State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus-Sammy's Grill/2,3,4,5/Mex Kitchen-Lawsuit

$215,000.00

---

**4.50**

Jason Burnett
Nonpriority Creditor's Name

10403 Prescott Glen Lane
Number      Street

Katy                        TX        77494
City                        State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?  2/25/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 3

$25,000.00

---

**4.51**

Jeff Goldberg
Nonpriority Creditor's Name

905 Queen Annes Road
Number      Street

Houston                    TX        77024
City                        State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?  10/20/15

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 3

$80,000.00

Debtor 1    Sammy                    Mela
          First Name    Middle Name    Last Name                    Case number *(if known)*_____

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.    **Total claim**

---

**4.52**

Jeff Goldberg
Nonpriority Creditor's Name

905 Queen Annes Road
Number        Street

Houston                TX        77024
City                    State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___  ___  ___  ___

When was the debt incurred?    7/18/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 5

$75,000.00

---

**4.53**

Jeffrey Allen Soo
Nonpriority Creditor's Name

4919 Sandalia Court
Number        Street

Katy                    TX        77494
City                    State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___  ___  ___  ___

When was the debt incurred?    2/11/14

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 2

$25,000.00

---

**4.54**

Jeremy Russel King
Nonpriority Creditor's Name

9515 Grant Road
Number        Street

Houston                TX        77070
City                    State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___  ___  ___  ___

When was the debt incurred?    10/29/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt - Sammy's Grill, LLC 5

$10,000.00

---

Debtor 1  Sammy _____ Vela _____
        First Name   Middle Name   Last Name

Case number _(if known)_ _____

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.      **Total claim**

---

**4.55**

Jeremy Russel King
Nonpriority Creditor's Name

9515 Grant Road
Number        Street

Houston                     TX       77070
City                              State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**   4/12/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt - Sammy's Grill, LLC 6

$90,000.00

---

**4.56**

Jeremy Russel King
Nonpriority Creditor's Name

9515 Grant Road
Number        Street

Houston                     TX       77070
City                              State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**   7/29/14

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt - Sammy's Grill, LLC 2

$175,000.00

---

**4.57**

Jet 337, Inc.
Nonpriority Creditor's Name

1029 Hwy 6 N #650-290
Number        Street

Houston                     TX       77079
City                              State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Steakhouse, LLC

$Unknown

---

Debtor 1     Sammy                    Vela

First Name      Middle Name        Last Name

Case number *(if known)*_____

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---------|-----------------------------------------------|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

### 4.58

Jet 337, Inc. dba Metro Construction
Nonpriority Creditor's Name

c/o Dean W. Ferguson 19311 Water Point Trail
Number     Street

Kingwood                      TX        77346
City                                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 6,9 - Agreed Judgment

$545,043.90

### 4.59

Johnny Lee Lewis
Nonpriority Creditor's Name

1711 Lake Geneva Court
Number     Street

Houston                       TX        77084
City                                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? 4/7/17

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 9

$50,000.00

### 4.60

Jose Del Rio
Nonpriority Creditor's Name

133 Summit Street, Apt. 220
Number     Street

Duluth                        MN        55803
City                                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? 7/11/17

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 8

$50,000.00

Debtor 1    Sammy        Vela

First Name     Middle Name      Last Name              Case number *(if known)*

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

### 4.61

**Joseph W. Toussaint**
Nonpriority Creditor's Name

**369 Bryn Mawr Circle**
Number     Street

**Houston**          **TX**      **77024**
City                  State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 7/11/17

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Bus Debt of Sammy's Grill, LLC 8

$Unknown

### 4.62

**Joseph W. Toussaint**
Nonpriority Creditor's Name

**369 Bryn Mawr Circle**
Number     Street

**Houston**          **TX**      **77024**
City                  State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 6/1/16

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Bus Debt of Sammy's Grill, LLC 5

$37,500.00

### 4.63

**Joseph W. Toussaint**
Nonpriority Creditor's Name

**369 Bryn Mawr Circle**
Number     Street

**Houston**          **TX**      **77024**
City                  State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 6/26/15

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Bus Debt of Sammy's Grill, LLC 3

$37,500.00

Debtor 1      Sammy                                    Vela
            First Name      Middle Name      Last Name                    Case number *(if known)*

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.64**

Joseph W. Toussaint
Nonpriority Creditor's Name

369 Bryn Mawr Circle
Number      Street

Houston                    TX      77024
City                        State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?      10/3/16

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Bus Debt of Sammy's Steakhouse, LLC

$25,000.00

---

**4.65**

Julie Collins
Nonpriority Creditor's Name

24114 Valencia Ridge Lane
Number      Street

Katy                        TX      77494
City                        State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?      9/1/17

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Bus Debt of Sammy's Grill, LLC 2

$Unknown

---

**4.66**

Knight Capital Funding, LLC
Nonpriority Creditor's Name

9 East Loockerman St., Suite 3A-543
Number      Street

Dover                      DE      19901
City                        State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?      7/15/14

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Bus - Sammy's Grill, LLC-Lawsuit

$94,282.66

---

Debtor 1 | Sammy | | Vela
First Name | Middle Name | Last Name

Case number *(if known)*

| **Part 2:** | **Your NONPRIORITY Unsecured Claims —Continuation Page** |

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |

---

**4.67**

LoneStar Logos
Nonpriority Creditor's Name

3701 Bee Caves Road, Suite 202
Number        Street

Austin                          TX        78746
City                                    State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   0   0   0   2

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC

$6,542.57

---

**4.68**

Marcus Schultz
Nonpriority Creditor's Name

c/o Alexis W. Foster 1300 Post Oak Blvd., Suite 2000
Number        Street

Houston                          TX        77056
City                                    State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC-Lawsuit

$400,315.42

---

**4.69**

Mario Azodinia
Nonpriority Creditor's Name

c/o Bennett G. Fisher 1305 Prairie St., Suite 200
Number        Street

Houston                          TX        77002
City                                    State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?**  7/3/18

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus - Sammy's Grill, LLC-Lawsuit

$121,000.00

---

Debtor 1    Sammy    Middle Name    Vela    Case number (if known)
First Name    Middle Name    Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.70**

Matthew Berend
Nonpriority Creditor's Name

833 Heather Court
Number        Street

Houston                    TX        77024
City                        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    8/29/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 7

$25,000.00

**4.71**

Matthew Berend
Nonpriority Creditor's Name

833 Heather Court
Number        Street

Houston                    TX        77024
City                        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    9/6/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Steakhouse, LLC

$25,000.00

**4.72**

Matthew Coleman Mabry
Nonpriority Creditor's Name

9515 Grant Road
Number        Street

Houston                    TX        77070
City                        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    10/29/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 5

$10,000.00

Debtor 1  Sammy                     Vela
         First Name   Middle Name   Last Name                              Case number *(if known)*

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.73**

Matthew Coleman Mabry
Nonpriority Creditor's Name

9515 Grant Road
Number      Street

Houston                    TX      77070
City                              State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   4/12/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 6

$90,000.00

**4.74**

Matthew Coleman Mabry
Nonpriority Creditor's Name

9515 Grant Road
Number      Street

Houston                    TX      77070
City                              State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   7/29/14

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 2

$175,000.00

**4.75**

Michael Lueders
Nonpriority Creditor's Name

21139 Baileywood Drive
Number      Street

Richmond                   TX      77407
City                              State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   8/23/17

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 7

$75,000.00

Debtor 1    Sammy                                    Vela
    First Name    Middle Name    Last Name       Case number *(if known)*

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

### 4.76

**Michael Pursley**
Nonpriority Creditor's Name

**5121 Carriage Bend Drive**
Number    Street

**Katy**    **TX**    **77450**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**    11/16/18

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  Business Debt

$25,000.00

### 4.77

**Ming Puno**
Nonpriority Creditor's Name

**27403 Guthrie Ridge Lane**
Number    Street

**Katy**    **TX**    **77494**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**    11/9/17

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  Business Debt

$100,000.00

### 4.78

**Ming Puno**
Nonpriority Creditor's Name

**27403 Guthrie Ridge Lane**
Number    Street

**Katy**    **TX**    **77494**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**    8/7/17

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  Bus Debt of Sammy's Grill, LLC 7

$25,000.00

Debtor 1   Sammy _____ Vela _____   Case number *(if known)* _____
First Name    Middle Name    Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page | |
|---|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.79**

Mintaka Financial, LLC
Nonpriority Creditor's Name

c/o Matthew B. Fronda 420 Throckmorton Street, Suite 1210
Number      Street

Fort Worth _____ TX ____ 76102
City                        State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Bus Debt of Sammy's Grill, LLC 6,9 - Lawsuit

$39,480.04

---

**4.80**

Mood Media
Nonpriority Creditor's Name

See Attachment 1
Number      Street

Tucson _____ AZ ____ 85741
City                        State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Bus Debt of Sammy's Sports Grill, LLC

$68,383.65

---

**4.81**

Niky Wessling-Green
Nonpriority Creditor's Name

21002 Creek Edge Court
Number      Street

Katy _____ TX ____ 77449
City                        State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? 8/31/15

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Bus Debt of Sammy's Grill, LLC 3

$12,500.00

---

Debtor 1    Sammy                          Vela
         First Name    Middle Name    Last Name

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.82**

Noiva Santos
Nonpriority Creditor's Name

c/o Eric Pursley 1650 Highway 6, Suite 251
Number            Street

Sugar Land                    TX      77478
City                          State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 3-Lawsuit

$58,969.21

**4.83**

NRBM
Nonpriority Creditor's Name

17114 Kildonan Court
Number            Street

Richmond                      TX      77407
City                          State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    8/15/18

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 2

$50,000.00

**4.84**

Paul Wakulat
Nonpriority Creditor's Name

c/o Brandon Hedblom 2441 High Timbers Dr., Ste. 220
Number            Street

The Woodlands                 TX      77380
City                          State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC-Judgment

$310,926.10

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

### 4.85

Performance Food Group, Inc./
Nonpriority Creditor's Name

PFG/Roma Houston 6855 Business Park Drive
Number        Street

Houston                     TX        77041
City                        State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**    8/15/17

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt-Sammy's Grill, LLC-Judgment

$Unknown

### 4.86

Prosperity Bank
Nonpriority Creditor's Name

80 Sugar Creek Center Blvd.
Number        Street

Sugar Land                  TX        77478
City                        State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt - Sammy's Grill, LLC 5,6,9

$125.00

### 4.87

Prosperity Bank
Nonpriority Creditor's Name

80 Sugar Creek Center Blvd.
Number        Street

Sugar Land                  TX        77478
City                        State     ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**  6   3   7   4

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Checking Account-Negative Balance

$Unknown

Debtor 1 _____Sammy_____ _____Middle Name_____ _____Vela_____    Case number _(if known)_ _____
           First Name      Middle Name      Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

### 4.88

**R1 Rayford Road, LLC**
Nonpriority Creditor's Name

**15010 Lakefair Drive**
Number        Street

**Richmond**                **TX**        **77406**
City                        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**   3/30/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC

$Unknown

---

### 4.89

**Realty 1 Partners**
Nonpriority Creditor's Name

**15010 Lakefair Drive**
Number        Street

**Richmond**                **TX**        **77406**
City                        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**   10/9/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt - Sammy's Grill, LLC

$Unknown

---

### 4.90

**Richard Blumenthal**
Nonpriority Creditor's Name

**17114 Kildonan Court**
Number        Street

**Richmond**                **TX**        **77407**
City                        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**   6/19/18

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC-Loan

$15,000.00

---

Debtor 1  Sammy _____ Vela _____

First Name  Middle Name  Last Name

Case number *(if known)* _____

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim**

---

**4.91**

Richard Blumenthal

Nonpriority Creditor's Name

17114 Kildonan Court

Number  Street

Richmond _____ TX _____ 77407

City  State  ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? 2/15/18

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 7

$50,000.00

---

**4.92**

Richard Blumenthal

Nonpriority Creditor's Name

17114 Kildonan Court

Number  Street

Richmond _____ TX _____ 77407

City  State  ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? 6/9/18

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 6

$50,000.00

---

**4.93**

River Park Crossing, LLC

Nonpriority Creditor's Name

15010 Lakefair Drive

Number  Street

Richmond _____ TX _____ 77406

City  State  ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? 3/1/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC

$Unknown

---

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.94**

RMV Energy, LLC  
Nonpriority Creditor's Name

23011 Laguna Point Drive  
Number        Street

Katy                          TX        77450  
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**  
☒ No  
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**   8/24/18

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 6

$33,000.00

---

**4.95**

RMV Energy, LLC  
Nonpriority Creditor's Name

23011 Laguna Point Drive  
Number        Street

Katy                          TX        77450  
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**  
☒ No  
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**   6/21/18

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 7

$25,000.00

---

**4.96**

RMV Energy, LLC  
Nonpriority Creditor's Name

23011 Laguna Point Drive  
Number        Street

Katy                          TX        77450  
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**  
☒ No  
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**   8/16/18

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 3

$65,000.00

---

Debtor 1    Sammy      Vela

First Name    Middle Name    Last Name       Case number *(if known)*

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim**

---

**4.97**

RMV Energy, LLC
Nonpriority Creditor's Name

23011 Laguna Point Drive
Number        Street

Katy        TX     77450
City           State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**   10/31/18

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 2

$250,000.00

---

**4.98**

Robert Bennett
Nonpriority Creditor's Name

14007 W. 156th Lane
Number        Street

Olathe        KS     66062
City           State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**   9/28/16

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Steakhouse, LLC

$25,000.00

---

**4.99**

Robert Bennett
Nonpriority Creditor's Name

14007 W. 156th Lane
Number        Street

Olathe        KS     66062
City           State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?**   8/10/16

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 3

$25,000.00

---

Debtor 1    Sammy _____ Vela _____
          First Name    Middle Name    Last Name                    Case number *(if known)* _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims —Continuation Page** |

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim** |

### 4.100

Robert Latham
Nonpriority Creditor's Name

c/o Vivian Vy Nguyen 13501 Katy Freeway, Suit 1490
Number        Street

Houston _____ TX _____ 77079
City                      State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC - Judgment

$59,000.00

### 4.101

Robert M. Leech
Nonpriority Creditor's Name

10003 Touhy Lake Drive
Number        Street

Katy _____ TX _____ 77494
City                      State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 3/10/14

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 2

$25,000.00

### 4.102

Ruben Garcia
Nonpriority Creditor's Name

1302 Kirby Lake Court
Number        Street

Richmond _____ TX _____ 77406
City                      State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** 8/31/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 3

$12,500.00

| **Part 2:** | **Your NONPRIORITY Unsecured Claims —Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.103**

Ruben Garcia
Nonpriority Creditor's Name

1302 Kirby Lake Court
Number        Street

Richmond                    TX        77406
City                        State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?    11/30/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Steakhouse, LLC

$25,000.00

---

**4.104**

Russell L. Hallberg, Jr./Tonie L. Hallberg
Nonpriority Creditor's Name

25418 Richton Falls Drive
Number        Street

Richmond                    TX        77406
City                        State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?    10/11/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 7

$25,000.00

---

**4.105**

Ryan Glenn Choate
Nonpriority Creditor's Name

31710 Edgewater Drive
Number        Street

Magnolia                    TX        77354
City                        State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

When was the debt incurred?    4/20/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 6

$100,000.00

---

Debtor 1    Sammy                    Vela
           First Name    Middle Name    Last Name                Case number *(if known)*

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim

---

**4.106**

Scott Bean
Nonpriority Creditor's Name

4122 Cambry Park
Number       Street

Katy                    TX      77450
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___  ___  ___  ___

When was the debt incurred?    8/24/2018

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt - Sammy's Grill, LLC

$42,500.00

---

**4.107**

Scott Bean
Nonpriority Creditor's Name

4122 Cambry Park
Number       Street

Katy                    TX      77450
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___  ___  ___  ___

When was the debt incurred?    1/6/15

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt - Sammy's Grill, LLC 3

$25,000.00

---

**4.108**

Scott Cross
Nonpriority Creditor's Name

4914 Ten Sleep Lane
Number       Street

Friendswood            TX      77546
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___  ___  ___  ___

When was the debt incurred?    2/1/14

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Sports Grill, LLC

$25,000.00

---

Debtor 1    Sammy                    Vela

First Name    Middle Name    Last Name    Case number *(if known)*

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.        **Total claim**

---

**4.109**

Southpark at Cinco Ranch, LLC
Nonpriority Creditor's Name

c/o Regency Centers Corp. One Independent Dr., Ste 114
Number        Street

Jacksonville              FL      32202-5019
City                        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___        $Unknown

**When was the debt incurred?**    12/19/13

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt - Sammy's Grill, LLC

---

**4.110**

Southwest Cinco Ranch, LLC
Nonpriority Creditor's Name

c/o Matthew M. Buschi 1980 Post Oak Blvd., Suite 1200
Number        Street

Houston                   TX      77056
City                        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___        $48,844.05

**When was the debt incurred?**    8/24/2018

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt - Sammy's Grill, LLC

---

**4.111**

Spirit of Texas Bank, ssb/SBA
Nonpriority Creditor's Name

c/o Rodney Reynolds 601 Sawyer, Suite 225
Number        Street

Houston                   TX      77007
City                        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___        $216,594.10

**When was the debt incurred?**    12/31/13

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus of Sammy's Grill/Mexican Kitchen-Lawsuit

---

Debtor 1    Sammy         Middle Name         Vela
         First Name                      Last Name                    Case number *(if known)*

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---------|---------|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---------|---------|

**4.112**

Stephen Schaefer
Nonpriority Creditor's Name

18910 Crescent Bay Drive
Number         Street

Houston                    TX        77094
City                                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___  ___  ___  ___

When was the debt incurred?     6/1/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 5

$50,000.00

---

**4.113**

Stephen Schaefer
Nonpriority Creditor's Name

18910 Crescent Bay Drive
Number         Street

Houston                    TX        77094
City                                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___  ___  ___  ___

When was the debt incurred?     7/26/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 3

$37,500.00

---

**4.114**

Stephen Schaefer
Nonpriority Creditor's Name

134 Lands End Way
Number         Street

Jupiter                    FL        33458
City                                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___  ___  ___  ___

When was the debt incurred?     12/8/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Steakhouse, LLC

$37,500.00

Debtor 1   Sammy _____ Vela _____   Case number (if known) _____
         First Name   Middle Name   Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.115**

Sysco Houston, Inc.
Nonpriority Creditor's Name

c/o Andrew Green 2000 West Loop South, Suite 2100
Number        Street

Houston                        TX        77027
City                                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus - Sammy's Grill, LLC, et al-Lawsuit

$55,189.86

---

**4.116**

Theresa Vela
Nonpriority Creditor's Name

c/o Michael D. Stein 1811 Bering Dr., Ste 420
Number        Street

Houston                        TX        77057-3186
City                                State        ZIP Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Judgment

$Unknown

---

**4.117**

TK Design & Construction
Nonpriority Creditor's Name

13915 Skyview Drive
Number        Street

Sugar Land                    TX        77498
City                                State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? 12/9/16

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC

$150,000.00

Debtor 1 ___Sammy_____Vela_____
First Name         Middle Name         Last Name

Case number *(if known)* _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims —Continuation Page** |

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |

---

**4.11**8

Travis-WR1, LLC
Nonpriority Creditor's Name

15010 Lakefair Drive
Number       Street

Richmond                    TX        77406
City                          State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?     10/1/16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Bus Debt of Sammy's Grill, LLC

$Unknown

---

**4.11**9

Troy Kunz
Nonpriority Creditor's Name

8030 Crescent Knoll Drive
Number       Street

Richmond                    TX        77406
City                          State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?     4/27/18

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Bus Debt of Sammy's Grill, LLC 9

$75,000.00

---

**4.12**0

Troy Kunz
Nonpriority Creditor's Name

8030 Crescent Knoll Drive
Number       Street

Richmond                    TX        77406
City                          State       ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?     2/23/17

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Bus Debt of Sammy's Grill, LLC 7

$50,000.00

---

Debtor 1 ___Sammy_____ _____ ___Vela_____    Case number (if known) _____
        First Name    Middle Name    Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.121**

Troy Kunz
Nonpriority Creditor's Name

8030 Crescent Knoll Drive
Number        Street

Richmond            TX      77406
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    2/23/17

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt of Sammy's Grill, LLC 8

$50,000.00

**4.122**

Wilbur Hardy, Jr./William J. Blackbird
Nonpriority Creditor's Name

c/o Ross Spence 2929 Allen Parkway, Suite 2800
Number        Street

Houston            TX      77019
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus of Sammy's Ritas and Fajitas, LLC-Judgment

$115,448.84

**4.123**

World Business Lenders/Bank of Lake Mills
Nonpriority Creditor's Name

c/o Natalia A. Minassian 18757 Burbank Blvd., Suite 100
Number        Street

Tarzana            CA      91356
City                State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    1/22/16

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify Bus Debt-Sammy's Grill, LLC & 2-Lawsuit

$1,045,179.54

Case 19-34286   Document 1   Filed in TXSB on 08/04/19   Page 69 of 159

Debtor 1    Sammy _____ Vela _____    Case number (if known) _____
            First Name   Middle Name   Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims —Continuation Page |
|---------|------------------------------------------------------|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.124**

WSLTJ, LLC
_____
Nonpriority Creditor's Name

7510 Foster Island
_____
Number      Street

Richmond _____ TX ___ 77406
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another

☒ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    7/11/18

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify Bus Debt of Sammy's Grill, LLC 6

$50,000.00

---

**4.125**

_____
Nonpriority Creditor's Name

_____
Number      Street

_____
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

$_____

---

**4.126**

_____
Nonpriority Creditor's Name

_____
Number      Street

_____
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of **NONPRIORITY** unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

$_____

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 43 of 48

Debtor 1    Sammy _____ Varela _____        Case number (if known) _____
           First Name   Middle Name   Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |

5.  **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Internal Revenue Service
Name

Special Procedures II
Number    Street

1919 Smith Street, Stop 5025HOU

Houston, TX 77002
City                     State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 2.1___ of  (Check one): ☒ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Internal Revenue Service
Name

c/o U.S. Attorney
Number    Street

1000 Louisiana Street, Suite 2300

Houston, TX 77002
City                     State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 2.1___ of  (Check one): ☒ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Internal Revenue Service
Name

U.S. Attorney General
Number    Street

10th & Constitution, N.W.

Washington, DC 20530
City                     State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 2.1___ of  (Check one): ☒ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Texas Comptroller of Public Accounts_
Name

111 E. 17th Street
Number    Street

Austin, TX 78774-0100
City                     State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 2.2___ of  (Check one): ☒ Part 1: Creditors with Priority Unsecured Claims
                             ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

American Express National Bank
Name

P.O. Box 981537
Number    Street

El Paso, TX 79998-1537
City                     State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.6___ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  1   0   0   4

---

Arcarius, LLC
Name

2125 Center Avenue, Suite 602
Number    Street

Fort Lee, NJ 07024
City                     State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.9___ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Arcarius, LLC
Name

c/o Rhett A. Frimet
Number    Street

10 East 40th Street, 46th Floor

New York, NY 10016
City                     State      ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.9___ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                             ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Debtor 1   __Sammy__ _____ __Vela_____
           First Name   Middle Name   Last Name

Case number _(if known)_____

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Ben E. Keith Foods
Name

P.O. Box 1570
Number      Street

Fort Worth, TX 76101
City               State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.10  of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

David Buzzelli
Name

202 Fox Squirrel Court
Number      Street

Pinehurst, TX 77362
City               State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.25  of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Eagle Chair, Inc.
Name

4816 Campbell Road
Number      Street

Houston, TX 77041
City               State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.33  of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Guard Insurance Group/WestGUARD Ins. Co.
Name

16 South River Street
Number      Street

P.O. Box A-H

Wilkes-Barre, PA 18703-0020
City               State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.42  of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  9   6   7   7

---

Guard Insurance Group/WestGUARD Ins. Co.
Name

P.O. Box 785570
Number      Street

Philadelphia, PA 18178-5570
City               State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.42  of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  9   6   7   7

---

Guard Insurance Group/WestGUARD Ins. Co.
Name

16 South River Street
Number      Street

P.O. Box A-H

Wilkes-Barre, PA 18703-0020
City               State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.43  of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  1   8   6   3

---

Guard Insurance Group/WestGUARD Ins. Co.
Name

P.O. Box 785570
Number      Street

Philadelphia, PA 18178-5570
City               State       ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line 4.43  of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  1   8   6   3

---

Debtor 1 ___Sammy_____
    First Name      Middle Name      Last Name

Case number *(if known)* _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

5.  **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Guard Insurance Group/WestGUARD Ins. Co.
Name

16 South River Street
Number    Street

P.O. Box A-H

Wilkes-Barre, PA 18703-0020
City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.44 of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
      ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 4 6 6 9

---

Guard Insurance Group/WestGUARD Ins. Co.
Name

P.O. Box 785570
Number    Street

Philadelphia, PA 18178-5570
City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.44 of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
      ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 4 6 6 9

---

Guard Insurance Group/WestGUARD Ins. Co.
Name

16 South River Street
Number    Street

P.O. Box A-H

Wilkes-Barre, PA 18703-0020
City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.45 of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
      ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 5 3 2 3

---

Guard Insurance Group/WestGUARD Ins. Co.
Name

P.O. Box 785570
Number    Street

Philadelphia, PA 18178-5570
City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.45 of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
      ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** 5 3 2 3

---

Ikahn Capital
Name

30 Broad Street
Number    Street

New York, NY 11516
City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.47 of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
      ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Jakes, Inc. dba Jake's Finer Foods
Name

13400 Hollister Drive
Number    Street

Houston, TX 77086
City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.48 of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
      ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Robert Latham
Name

32815 Whitburn Trail
Number    Street

Fulshear, TX 77441
City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.100 of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
      ☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Debtor 1  Sammy _____ Vela _____
First Name   Middle Name   Last Name

Case number *(if known)* _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Robert Latham
Name

c/o Byron R. O'Neal
Number        Street

11152 Westheimer, Suite 140

Houston, Tx 77042
City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.100 of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Southpark at Cinco Ranch, LLC
Name

c/o Regency Centers Corporation
Number        Street

3700 Buffalo Speedway, Suite 560

Houston, TX 77098
City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.109 of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Theresa Vela
Name

c/o Javier Marcos, Jr.
Number        Street

228 Westheimer Road

Houston, TX 77006
City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.116 of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

World Business Lenders
Name

c/o D. Willens
Number        Street

707 Wilshire Blvd., Suite 4000

Los Angeles, CA 90017
City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.123 of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

World Business Lenders/
Name

Bank of Lake Mills
Number        Street

136 E. Madison Street

Lake Mills, WI 53551
City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.123 of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name

Number        Street

City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

---

Name

Number        Street

City                    State        ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

Debtor 1 ___Sammy_____ _____ ___Vela_____   Case number *(if known)*_____
         First Name    Middle Name        Last Name

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159.**
   **Add the amounts for each type of unsecured claim.**

|  |  | **Total claim** |
|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. $1,100,000.00 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $0.00 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6e. $1,100,000.00 |

|  |  | **Total claim** |
|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $8,618,295.51 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. $8,618,295.51 |

## Attachment
## Debtor: Sammy Vela   Case No:

**Attachment 1**

**c/o Morgan, Cohen & Bach, LLC 7225 N. Mona Lisa Road, Suite 200**

**Fill in this information to identify your case:**

Debtor **Sammy Vela**
First Name        Middle Name        Last Name

Debtor 2
(Spouse If filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for the: **Southern District of Texas**

Case number
(If known)

☐ Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** <br> Name <br><br> Number        Street <br><br> City                    State    ZIP Code | |
| **2.2** <br> Name <br><br> Number        Street <br><br> City                    State    ZIP Code | |
| **2.3** <br> Name <br><br> Number        Street <br><br> City                    State    ZIP Code | |
| **2.4** <br> Name <br><br> Number        Street <br><br> City                    State    ZIP Code | |
| **2.5** <br> Name <br><br> Number        Street <br><br> City                    State    ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1 **Sammy Vela**
First Name                Middle Name                Last Name

Debtor 2
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the: **Southern District of Texas**

Case number
(If known)

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☒ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.
   ☒ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☒ Yes. In which community state or territory did you live? **Texas** _____. Fill in the name and current address of that person.

      **Berta Alicia Vela**
      Name of your spouse, former spouse, or legal equivalent

      **9903 Cinco Ridge Drive**
      Number        Street

      **Katy**                **TX**              **77494**
      City                    State              ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or Schedule G (Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| --- | --- |
| | Check all schedules that apply: |
| 3.1 **American Film Studios Multi Media Division, Inc.**<br>Name<br>**11278 Los Alamitos Blvd., #307**<br>Number   Street<br>**Los Alamitos**        **CA**        **90720**<br>City        State        ZIP Code | ☐ Schedule D, line _____<br>☒ Schedule E/F, line **4.30**<br>☐ Schedule G, line _____ |
| 3.2 **American Film Studios Multi Media Division, Inc.**<br>Name<br>**11278 Los Alamitos Blvd., #307**<br>Number   Street<br>**Los Alamitos**        **CA**        **90720**<br>City        State        ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| 3.3 **American Film Studios Multi Media Division, Inc.**<br>Name<br>**11278 Los Alamitos Blvd., #307**<br>Number   Street<br>**Los Alamitos**        **CA**        **90720**<br>City        State        ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Debtor 1   **Sammy Vela**

First Name    Middle Name    Last Name

Case number (*if known*)_____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.4**

**American Film Studios Multi Media Division, Inc.**
Name

**11278 Los Alamitos Blvd., #307**
Number        Street

**Los Alamitos**                    **CA**                    **90720**
City                                State                    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.5**

**Bill Malone**
Name

**8650 Spicewood SPGS #145-598**
Number        Street

**Austin**                    **TX**                    **78759-4322**
City                            State                    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.6**

**Bill Malone**
Name

**8650 Spicewood SPGS #145-598**
Number        Street

**Austin**                    **TX**                    **78759-4322**
City                            State                    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.7**

**Guadallupe Carrillo**
Name

**9308 Buell Street**
Number        Street

**Downy**                    **CA**                    **90241**
City                            State                    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.8**

**Guadallupe Carrillo**
Name

**9308 Buell Street**
Number        Street

**Downy**                    **CA**                    **90241**
City                            State                    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.9**

**Henry Rivera**
Name

Number        Street

**CA**
City                            State                    ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.30**
☐ Schedule G, line _____

**3.10**

**Henry Rivera**
Name

Number        Street

**CA**
City                            State                    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.11**

**Henry Rivera**
Name

Number        Street

**CA**
City                            State                    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1    **Sammy Vela**

First Name    Middle Name    Last Name

Case number (*if known*)_____

### Additional Page to List More Codebtors

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
| --- | --- |
| | Check all schedules that apply: |

**3.12**

**Henry Rivera**
Name

_____
Number    Street

**CA**
City    State    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.13**

**Joseph Randazzo**
Name

_____
Number    Street

**Los Alamitos**    **CA**
City    State    ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.30**
☐ Schedule G, line _____

**3.14**

**Joseph Randazzo**
Name

_____
Number    Street

**Los Alamitos**    **CA**
City    State    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.15**

**Joseph Randazzo**
Name

_____
Number    Street

**Los Alamitos**    **CA**
City    State    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.16**

**Joseph Randazzo**
Name

_____
Number    Street

**Los Alamitos**    **CA**
City    State    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.17**

**Robert Wayne Giese**
Name

**3131 Single Ridge Way**
Number    Street

**Katy**    **TX**    **77493**
City    State    ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.25**
☐ Schedule G, line _____

**3.18**

**Robert Wayne Giese**
Name

**3131 Single Ridge Way**
Number    Street

**Katy**    **TX**    **77493**
City    State    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.19**

**Robert Wayne Giese**
Name

**3131 Single Ridge Way**
Number    Street

**Katy**    **TX**    **77493**
City    State    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1    **Sammy Vela**                                     Case number *(if known)*_____
          First Name   Middle Name   Last Name

| ■ | **Additional Page to List More Codebtors** |

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3.20**

**Robert Wayne Giese**
Name

**3131 Single Ridge Way**
Number        Street

**Katy**                    **TX**              **77493**
City                        State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.21**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**              **77494**
City                        State            ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **See Attachment 1**
☐ Schedule G, line _____

**3.22**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**              **77494**
City                        State            ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.8, 4.35**
☐ Schedule G, line _____

**3.23**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**              **77494**
City                        State            ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.7**
☐ Schedule G, line _____

**3.24**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**              **77494**
City                        State            ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.2**
☐ Schedule G, line _____

**3.25**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**              **77494**
City                        State            ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.29, 4.31, 4.37**
☐ Schedule G, line _____

**3.26**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**              **77494**
City                        State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.27**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**              **77494**
City                        State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1    **Sammy Vela**
            First Name        Middle Name        Last Name                              Case number *(if known)*_____

| | |
|---|---|

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3.28**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                        **TX**                **77494**
City                              State                  ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.29**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                        **TX**                **77494**
City                              State                  ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.30**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                        **TX**                **77494**
City                              State                  ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.31**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                        **TX**                **77494**
City                              State                  ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.32**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                        **TX**                **77494**
City                              State                  ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.33**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                        **TX**                **77494**
City                              State                  ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.34**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                        **TX**                **77494**
City                              State                  ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.35**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                        **TX**                **77494**
City                              State                  ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1 **Sammy Vela**

First Name        Middle Name        Last Name

Case number (if known)_____

| | Additional Page to List More Codebtors |
|---|---|

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3.36**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                **TX**                **77494**
City                        State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.37**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                **TX**                **77494**
City                        State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.38**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                **TX**                **77494**
City                        State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.39**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                **TX**                **77494**
City                        State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.40**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                **TX**                **77494**
City                        State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.41**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                **TX**                **77494**
City                        State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.42**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                **TX**                **77494**
City                        State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.43**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                **TX**                **77494**
City                        State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1  **Sammy Vela**
First Name    Middle Name    Last Name

Case number (if known)_____

## Additional Page to List More Codebtors

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3.44**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                **TX**                **77494**
City                State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.45**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                **TX**                **77494**
City                State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.46**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                **TX**                **77494**
City                State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.47**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                **TX**                **77494**
City                State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.48**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                **TX**                **77494**
City                State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.49**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                **TX**                **77494**
City                State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.50**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                **TX**                **77494**
City                State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.51**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                **TX**                **77494**
City                State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1    **Sammy Vela**
First Name   Middle Name   Last Name

Case number (if known)_____

### Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| --- | --- |
| | Check all schedules that apply: |

**3.52**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                         State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.53**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                         State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.54**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                         State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.55**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                         State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.56**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                         State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.57**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                         State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.58**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                         State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.59**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                         State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1    **Sammy Vela**

First Name      Middle Name      Last Name

Case number *(if known)*_____

### Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.60**

**Sammy's Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**      **TX**      **77494**
City      State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.61**

**Sammy's Grill, LLC 2**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**      **TX**      **77494**
City      State      ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.13, 4.22**
☐ Schedule G, line _____

**3.62**

**Sammy's Grill, LLC 2**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**      **TX**      **77494**
City      State      ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.16, 4.17**
☐ Schedule G, line _____

**3.63**

**Sammy's Grill, LLC 2**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**      **TX**      **77494**
City      State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.64**

**Sammy's Grill, LLC 2**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**      **TX**      **77494**
City      State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.65**

**Sammy's Grill, LLC 2**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**      **TX**      **77494**
City      State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.66**

**Sammy's Grill, LLC 2**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**      **TX**      **77494**
City      State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.67**

**Sammy's Grill, LLC 2**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**      **TX**      **77494**
City      State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1     **Sammy Vela**
First Name     Middle Name     Last Name

Case number (*if known*)_____

| | |
|---|---|
| ■ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.68**

**Sammy's Grill, LLC 2**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                     **TX**                     **77494**
City                        State                     ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.69**

**Sammy's Grill, LLC 2**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                     **TX**                     **77494**
City                        State                     ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.70**

**Sammy's Grill, LLC 2**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                     **TX**                     **77494**
City                        State                     ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.71**

**Sammy's Grill, LLC 2**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                     **TX**                     **77494**
City                        State                     ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.72**

**Sammy's Grill, LLC 2**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                     **TX**                     **77494**
City                        State                     ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.73**

**Sammy's Grill, LLC 2**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                     **TX**                     **77494**
City                        State                     ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.74**

**Sammy's Grill, LLC 2**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                     **TX**                     **77494**
City                        State                     ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.75**

**Sammy's Grill, LLC 2**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                     **TX**                     **77494**
City                        State                     ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1    **Sammy Vela**
     First Name     Middle Name     Last Name

Case number (*if known*)_____

| | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.76**

**Sammy's Grill, LLC 2**
Name

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**9903 Cinco Ridge Drive**
Number    Street

**Katy**     **TX**     **77494**
City     State     ZIP Code

**3.77**

**Sammy's Grill, LLC 2**
Name

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**9903 Cinco Ridge Drive**
Number    Street

**Katy**     **TX**     **77494**
City     State     ZIP Code

**3.78**

**Sammy's Grill, LLC 2**
Name

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**9903 Cinco Ridge Drive**
Number    Street

**Katy**     **TX**     **77494**
City     State     ZIP Code

**3.79**

**Sammy's Grill, LLC 2**
Name

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**9903 Cinco Ridge Drive**
Number    Street

**Katy**     **TX**     **77494**
City     State     ZIP Code

**3.80**

**Sammy's Grill, LLC 2**
Name

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**9903 Cinco Ridge Drive**
Number    Street

**Katy**     **TX**     **77494**
City     State     ZIP Code

**3.81**

**Sammy's Grill, LLC 2**
Name

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**9903 Cinco Ridge Drive**
Number    Street

**Katy**     **TX**     **77494**
City     State     ZIP Code

**3.82**

**Sammy's Grill, LLC 2**
Name

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**9903 Cinco Ridge Drive**
Number    Street

**Katy**     **TX**     **77494**
City     State     ZIP Code

**3.83**

**Sammy's Grill, LLC 2**
Name

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**9903 Cinco Ridge Drive**
Number    Street

**Katy**     **TX**     **77494**
City     State     ZIP Code

| Debtor 1 | **Sammy Vela** | | Case number (*if known*)_____ |
|---|---|---|---|
| | First Name        Middle Name        Last Name | | |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.84**

**Sammy's Grill, LLC 2**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**            **77494**
City                        State            ZIP Code

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3.85**

**Sammy's Grill, LLC 2**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**            **77494**
City                        State            ZIP Code

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3.86**

**Sammy's Grill, LLC 2**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**            **77494**
City                        State            ZIP Code

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3.87**

**Sammy's Grill, LLC 2**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**            **77494**
City                        State            ZIP Code

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3.88**

**Sammy's Grill, LLC 2**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**            **77494**
City                        State            ZIP Code

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3.89**

**Sammy's Grill, LLC 2**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**            **77494**
City                        State            ZIP Code

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3.90**

**Sammy's Grill, LLC 2**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**            **77494**
City                        State            ZIP Code

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

**3.91**

**Sammy's Grill, LLC 2**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**            **77494**
City                        State            ZIP Code

- ☐ Schedule D, line _____
- ☐ Schedule E/F, line _____
- ☐ Schedule G, line _____

Debtor 1   **Sammy Vela**
First Name   Middle Name   Last Name

Case number (if known)_____

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3.92**

**Sammy's Grill, LLC 2**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                          State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.93**

**Sammy's Grill, LLC 2,3,4,5**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                          State                ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.26**
☐ Schedule G, line _____

**3.94**

**Sammy's Grill, LLC 2,3,4,5**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                          State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.95**

**Sammy's Grill, LLC 2,3,4,5**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                          State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.96**

**Sammy's Grill, LLC 2,3,4,5**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                          State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.97**

**Sammy's Grill, LLC 3**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                          State                ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.27**
☐ Schedule G, line _____

**3.98**

**Sammy's Grill, LLC 3**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                          State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.99**

**Sammy's Grill, LLC 3**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                          State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1  **Sammy Vela**
First Name  Middle Name  Last Name

Case number (*if known*)_____

| | **Additional Page to List More Codebtors** |

| **Column 1:** Your codebtor | **Column 2:** The creditor to whom you owe the debt |
| | Check all schedules that apply: |

**3.100**

**Sammy's Grill, LLC 3**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                         State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.101**

**Sammy's Grill, LLC 3**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                         State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.102**

**Sammy's Grill, LLC 3**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                         State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.103**

**Sammy's Grill, LLC 3**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                         State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.104**

**Sammy's Grill, LLC 3**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                         State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.105**

**Sammy's Grill, LLC 3**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                         State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.106**

**Sammy's Grill, LLC 3**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                         State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.107**

**Sammy's Grill, LLC 3**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                         State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1 __**Sammy**_____**Vela**_____
First Name    Middle Name    Last Name

Case number (*if known*)_____

## Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.108**

**Sammy's Grill, LLC 3**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                       State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.109**

**Sammy's Grill, LLC 3**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                       State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.110**

**Sammy's Grill, LLC 3**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                       State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.111**

**Sammy's Grill, LLC 3**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                       State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.112**

**Sammy's Grill, LLC 3**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                       State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.113**

**Sammy's Grill, LLC 3**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                       State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.114**

**Sammy's Grill, LLC 3**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                       State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.115**

**Sammy's Grill, LLC 3**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                       State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1    **Sammy Vela**
First Name        Middle Name        Last Name

Case number (if known)_____

| | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| | Check all schedules that apply: |

**3.116**

**Sammy's Grill, LLC 3**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                          **TX**                        **77494**
City                                  State                        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.117**

**Sammy's Grill, LLC 3**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                          **TX**                        **77494**
City                                  State                        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.118**

**Sammy's Grill, LLC 3**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                          **TX**                        **77494**
City                                  State                        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.119**

**Sammy's Grill, LLC 3**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                          **TX**                        **77494**
City                                  State                        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.120**

**Sammy's Grill, LLC 3**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                          **TX**                        **77494**
City                                  State                        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.121**

**Sammy's Grill, LLC 3**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                          **TX**                        **77494**
City                                  State                        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.122**

**Sammy's Grill, LLC 3**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                          **TX**                        **77494**
City                                  State                        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.123**

**Sammy's Grill, LLC 3**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                          **TX**                        **77494**
City                                  State                        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1    **Sammy Vela**

First Name    Middle Name    Last Name

Case number (*if known*)_____

---

### Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.124**

**Sammy's Grill, LLC 3**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                **TX**                **77494**
City                State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

---

**3.125**

**Sammy's Grill, LLC 3,5**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                **TX**                **77494**
City                State                ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.3**
☐ Schedule G, line _____

---

**3.126**

**Sammy's Grill, LLC 3,5**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                **TX**                **77494**
City                State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

---

**3.127**

**Sammy's Grill, LLC 3,5**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                **TX**                **77494**
City                State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

---

**3.128**

**Sammy's Grill, LLC 3,5**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                **TX**                **77494**
City                State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

---

**3.129**

**Sammy's Grill, LLC 5**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                **TX**                **77494**
City                State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

---

**3.130**

**Sammy's Grill, LLC 5**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                **TX**                **77494**
City                State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

---

**3.131**

**Sammy's Grill, LLC 5**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                **TX**                **77494**
City                State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

---

Debtor 1    **Sammy Vela**
　　　　　　First Name　　　Middle Name　　　Last Name

Case number (*if known*)_____

<table>
<tr><td style="background:black; color:white;"> </td><td>**Additional Page to List More Codebtors**</td></tr>
</table>

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| --- | --- |
| | Check all schedules that apply: |

**3.132**

**Sammy's Grill, LLC 5**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**　　　　　　　**TX**　　　　　　**77494**
City　　　　　　　　　State　　　　　　ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.133**

**Sammy's Grill, LLC 5**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**　　　　　　　**TX**　　　　　　**77494**
City　　　　　　　　　State　　　　　　ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.134**

**Sammy's Grill, LLC 5**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**　　　　　　　**TX**　　　　　　**77494**
City　　　　　　　　　State　　　　　　ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.135**

**Sammy's Grill, LLC 5**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**　　　　　　　**TX**　　　　　　**77494**
City　　　　　　　　　State　　　　　　ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.136**

**Sammy's Grill, LLC 5**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**　　　　　　　**TX**　　　　　　**77494**
City　　　　　　　　　State　　　　　　ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.137**

**Sammy's Grill, LLC 5**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**　　　　　　　**TX**　　　　　　**77494**
City　　　　　　　　　State　　　　　　ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.138**

**Sammy's Grill, LLC 5**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**　　　　　　　**TX**　　　　　　**77494**
City　　　　　　　　　State　　　　　　ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.139**

**Sammy's Grill, LLC 5**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**　　　　　　　**TX**　　　　　　**77494**
City　　　　　　　　　State　　　　　　ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1   **Sammy Vela**

First Name      Middle Name      Last Name

Case number (*if known*)_____

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3.140**

**Sammy's Grill, LLC 5**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                          State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.141**

**Sammy's Grill, LLC 5**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                          State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.142**

**Sammy's Grill, LLC 5**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                          State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.143**

**Sammy's Grill, LLC 5**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                          State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.144**

**Sammy's Grill, LLC 5,2,3**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                          State                ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.32**
☐ Schedule G, line _____

**3.145**

**Sammy's Grill, LLC 5,2,3**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                          State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.146**

**Sammy's Grill, LLC 5,2,3**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                          State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.147**

**Sammy's Grill, LLC 5,2,3**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                          State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1  **Sammy Vela**
First Name    Middle Name    Last Name

Case number (*if known*)_____

## Additional Page to List More Codebtors

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3.148**

**Sammy's Grill, LLC 5,6,9**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                    State            ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.15**
☐ Schedule G, line _____

**3.149**

**Sammy's Grill, LLC 5,6,9**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                    State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.150**

**Sammy's Grill, LLC 5,6,9**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                    State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.151**

**Sammy's Grill, LLC 5,6,9**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                    State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.152**

**Sammy's Grill, LLC 5,6,9**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                    State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.153**

**Sammy's Grill, LLC 5,6,9**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                    State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.154**

**Sammy's Grill, LLC 6**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                    State            ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.19**
☐ Schedule G, line _____

**3.155**

**Sammy's Grill, LLC 6**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                    State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1   **Sammy Vela**
     First Name     Middle Name     Last Name

Case number (*if known*)_____

| | |
|---|---|
| ■ | **Additional Page to List More Codebtors** |

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3.156**

**Sammy's Grill, LLC 6**
Name

**9903 Cinco Ridge Drive**
Number     Street

**Katy**     **TX**     **77494**
City     State     ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.157**

**Sammy's Grill, LLC 6**
Name

**9903 Cinco Ridge Drive**
Number     Street

**Katy**     **TX**     **77494**
City     State     ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.158**

**Sammy's Grill, LLC 6**
Name

**9903 Cinco Ridge Drive**
Number     Street

**Katy**     **TX**     **77494**
City     State     ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.159**

**Sammy's Grill, LLC 6**
Name

**9903 Cinco Ridge Drive**
Number     Street

**Katy**     **TX**     **77494**
City     State     ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.160**

**Sammy's Grill, LLC 6**
Name

**9903 Cinco Ridge Drive**
Number     Street

**Katy**     **TX**     **77494**
City     State     ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.161**

**Sammy's Grill, LLC 6**
Name

**9903 Cinco Ridge Drive**
Number     Street

**Katy**     **TX**     **77494**
City     State     ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.162**

**Sammy's Grill, LLC 6**
Name

**9903 Cinco Ridge Drive**
Number     Street

**Katy**     **TX**     **77494**
City     State     ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.163**

**Sammy's Grill, LLC 6**
Name

**9903 Cinco Ridge Drive**
Number     Street

**Katy**     **TX**     **77494**
City     State     ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1   **Sammy Vela**
First Name   Middle Name   Last Name

Case number (*if known*)_____

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.164**

**Sammy's Grill, LLC 6**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                           State                    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.165**

**Sammy's Grill, LLC 6**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                           State                    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.166**

**Sammy's Grill, LLC 6**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                           State                    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.167**

**Sammy's Grill, LLC 6**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                           State                    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.168**

**Sammy's Grill, LLC 6**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                           State                    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.169**

**Sammy's Grill, LLC 6, 9**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                           State                    ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.28**
☐ Schedule G, line _____

**3.170**

**Sammy's Grill, LLC 6, 9**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                           State                    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.171**

**Sammy's Grill, LLC 6, 9**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**                    **TX**              **77494**
City                           State                    ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1    **Sammy Vela**
First Name    Middle Name    Last Name

Case number (*if known*)_____

| Additional Page to List More Codebtors |
|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.172**

**Sammy's Grill, LLC 6, 9**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**          **TX**          **77494**
City          State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.173**

**Sammy's Grill, LLC 7**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**          **TX**          **77494**
City          State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.174**

**Sammy's Grill, LLC 7**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**          **TX**          **77494**
City          State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.175**

**Sammy's Grill, LLC 7**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**          **TX**          **77494**
City          State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.176**

**Sammy's Grill, LLC 7**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**          **TX**          **77494**
City          State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.177**

**Sammy's Grill, LLC 7**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**          **TX**          **77494**
City          State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.178**

**Sammy's Grill, LLC 7**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**          **TX**          **77494**
City          State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.179**

**Sammy's Grill, LLC 7**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**          **TX**          **77494**
City          State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1   **Sammy Vela**

First Name   Middle Name   Last Name

Case number (*if known*)_____

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.180**

**Sammy's Grill, LLC 7**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                      **TX**              **77494**
City                          State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.181**

**Sammy's Grill, LLC 7**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                      **TX**              **77494**
City                          State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.182**

**Sammy's Grill, LLC 7**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                      **TX**              **77494**
City                          State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.183**

**Sammy's Grill, LLC 7**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                      **TX**              **77494**
City                          State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.184**

**Sammy's Grill, LLC 7**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                      **TX**              **77494**
City                          State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.185**

**Sammy's Grill, LLC 7**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                      **TX**              **77494**
City                          State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.186**

**Sammy's Grill, LLC 7**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                      **TX**              **77494**
City                          State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.187**

**Sammy's Grill, LLC 7**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                      **TX**              **77494**
City                          State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1    **Sammy Vela**
       First Name     Middle Name     Last Name

Case number (*if known*)_____

| | |
|---|---|
| ■ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br><br>Check all schedules that apply: |
|---|---|
| **3.188**<br>**Sammy's Grill, LLC 7**<br>Name<br><br>**9903 Cinco Ridge Drive**<br>Number    Street<br><br>**Katy**     **TX**     **77494**<br>City    State    ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.189**<br>**Sammy's Grill, LLC 7**<br>Name<br><br>**9903 Cinco Ridge Drive**<br>Number    Street<br><br>**Katy**     **TX**     **77494**<br>City    State    ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.190**<br>**Sammy's Grill, LLC 7**<br>Name<br><br>**9903 Cinco Ridge Drive**<br>Number    Street<br><br>**Katy**     **TX**     **77494**<br>City    State    ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.191**<br>**Sammy's Grill, LLC 7**<br>Name<br><br>**9903 Cinco Ridge Drive**<br>Number    Street<br><br>**Katy**     **TX**     **77494**<br>City    State    ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.192**<br>**Sammy's Grill, LLC 7**<br>Name<br><br>**9903 Cinco Ridge Drive**<br>Number    Street<br><br>**Katy**     **TX**     **77494**<br>City    State    ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.193**<br>**Sammy's Grill, LLC 7**<br>Name<br><br>**9903 Cinco Ridge Drive**<br>Number    Street<br><br>**Katy**     **TX**     **77494**<br>City    State    ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.194**<br>**Sammy's Grill, LLC 8**<br>Name<br><br>**9903 Cinco Ridge Drive**<br>Number    Street<br><br>**Katy**     **TX**     **77494**<br>City    State    ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.195**<br>**Sammy's Grill, LLC 8**<br>Name<br><br>**9903 Cinco Ridge Drive**<br>Number    Street<br><br>**Katy**     **TX**     **77494**<br>City    State    ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Debtor 1    **Sammy Vela**

First Name    Middle Name    Last Name

Case number *(if known)*_____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.196**

**Sammy's Grill, LLC 8**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**            **77494**
City                        State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.197**

**Sammy's Grill, LLC 8**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**            **77494**
City                        State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.198**

**Sammy's Grill, LLC 8**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**            **77494**
City                        State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.199**

**Sammy's Grill, LLC 8**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**            **77494**
City                        State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.200**

**Sammy's Grill, LLC 8**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**            **77494**
City                        State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.201**

**Sammy's Grill, LLC 9**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**            **77494**
City                        State            ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.11**
☐ Schedule G, line _____

**3.202**

**Sammy's Grill, LLC 9**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**            **77494**
City                        State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.203**

**Sammy's Grill, LLC 9**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**            **77494**
City                        State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1    **Sammy Vela**

First Name        Middle Name        Last Name

Case number (*if known*)_____

## Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.204**

**Sammy's Grill, LLC 9**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**            **TX**            **77494**
City            State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.205**

**Sammy's Grill, LLC 9**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**            **TX**            **77494**
City            State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.206**

**Sammy's Grill, LLC 9**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**            **TX**            **77494**
City            State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.207**

**Sammy's Grill, LLC 9**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**            **TX**            **77494**
City            State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.208**

**Sammy's Grill, LLC 9**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**            **TX**            **77494**
City            State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.209**

**Sammy's Grill, LLC 9**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**            **TX**            **77494**
City            State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.210**

**Sammy's Grill, LLC 9**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**            **TX**            **77494**
City            State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.211**

**Sammy's Grill, LLC, 2,3,4,5**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**            **TX**            **77494**
City            State            ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.14**
☐ Schedule G, line _____

Debtor 1    **Sammy Vela**

      First Name      Middle Name      Last Name

Case number *(if known)*_____

---

## Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.212**

**Sammy's Grill, LLC, 2,3,4,5**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**      **TX**      **77494**
City      State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.213**

**Sammy's Grill, LLC, 2,3,4,5**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**      **TX**      **77494**
City      State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.214**

**Sammy's Grill, LLC, 2,3,4,5**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**      **TX**      **77494**
City      State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.215**

**Sammy's Grill, LLC, 2,3,5,6,8**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**      **TX**      **77494**
City      State      ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.21**
☐ Schedule G, line _____

**3.216**

**Sammy's Grill, LLC, 2,3,5,6,8**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**      **TX**      **77494**
City      State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.217**

**Sammy's Grill, LLC, 2,3,5,6,8**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**      **TX**      **77494**
City      State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.218**

**Sammy's Grill, LLC, 2,3,5,6,8**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**      **TX**      **77494**
City      State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.219**

**Sammy's Grill, LLC, 2,3,5,8**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**      **TX**      **77494**
City      State      ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.24**
☐ Schedule G, line _____

---

Debtor 1    **Sammy Vela**
First Name      Middle Name      Last Name

Case number (*if known*)_____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.220**

**Sammy's Grill, LLC, 2,3,5,8**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**      **TX**      **77494**
City            State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.221**

**Sammy's Grill, LLC, 2,3,5,8**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**      **TX**      **77494**
City            State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.222**

**Sammy's Grill, LLC, 2,3,5,8**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**      **TX**      **77494**
City            State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.223**

**Sammy's Mexican Kitchen, LLC**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**      **TX**      **77494**
City            State            ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.36, 4.26, 4.37**
☐ Schedule G, line _____

**3.224**

**Sammy's Mexican Kitchen, LLC**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**      **TX**      **77494**
City            State            ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.18**
☐ Schedule G, line _____

**3.225**

**Sammy's Mexican Kitchen, LLC**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**      **TX**      **77494**
City            State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.226**

**Sammy's Mexican Kitchen, LLC**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**      **TX**      **77494**
City            State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.227**

**Sammy's Mexican Kitchen, LLC**
Name

**9903 Cinco Ridge Drive**
Number      Street

**Katy**      **TX**      **77494**
City            State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1   **Sammy Vela**

First Name   Middle Name   Last Name

Case number (*if known*)_____

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.228**

**Sammy's Mexican Kitchen, LLC**
Name

**9903 Cinco Ridge Drive**
Number       Street

**Katy**                    **TX**              **77494**
City                         State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.229**

**Sammy's Mexican Kitchen, LLC**
Name

**9903 Cinco Ridge Drive**
Number       Street

**Katy**                    **TX**              **77494**
City                         State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.230**

**Sammy's Mexican Kitchen, LLC**
Name

**9903 Cinco Ridge Drive**
Number       Street

**Katy**                    **TX**              **77494**
City                         State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.231**

**Sammy's Mexican Kitchen, LLC**
Name

**9903 Cinco Ridge Drive**
Number       Street

**Katy**                    **TX**              **77494**
City                         State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.232**

**Sammy's Mexican Kitchen, LLC**
Name

**9903 Cinco Ridge Drive**
Number       Street

**Katy**                    **TX**              **77494**
City                         State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.233**

**Sammy's Mexican Kitchen, LLC**
Name

**9903 Cinco Ridge Drive**
Number       Street

**Katy**                    **TX**              **77494**
City                         State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.234**

**Sammy's Mexican Kitchen, LLC**
Name

**9903 Cinco Ridge Drive**
Number       Street

**Katy**                    **TX**              **77494**
City                         State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.235**

**Sammy's Mexican Kitchen, LLC**
Name

**9903 Cinco Ridge Drive**
Number       Street

**Katy**                    **TX**              **77494**
City                         State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

---

| Debtor 1 | **Sammy Vela** | | Case number *(if known)* _____ |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|

**3.236**

**Sammy's Mexican Kitchen, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                                 **TX**                    **77494**
City                                        State                  ZIP Code

Check all schedules that apply:

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

---

**3.237**

**Sammy's Restaurants, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                                 **TX**                    **77494**
City                                        State                  ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.10, 4.**11, 4.12
☐ Schedule G, line _____

---

**3.238**

**Sammy's Restaurants, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                                 **TX**                    **77494**
City                                        State                  ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

---

**3.239**

**Sammy's Restaurants, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                                 **TX**                    **77494**
City                                        State                  ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

---

**3.240**

**Sammy's Restaurants, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                                 **TX**                    **77494**
City                                        State                  ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

---

**3.241**

**Sammy's Restaurants, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                                 **TX**                    **77494**
City                                        State                  ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

---

**3.242**

**Sammy's Restaurants, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                                 **TX**                    **77494**
City                                        State                  ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

---

**3.243**

**Sammy's Restaurants, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                                 **TX**                    **77494**
City                                        State                  ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

| Debtor 1 | **Sammy Vela** | | Case number (*if known*) |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.244**

**Sammy's Restaurants, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**            **77494**
City                     State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.245**

**Sammy's Restaurants, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**            **77494**
City                     State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.246**

**Sammy's Restaurants, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**            **77494**
City                     State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.247**

**Sammy's Ritas & Fajitas, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**            **77494**
City                     State            ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.10**
☐ Schedule G, line _____

**3.248**

**Sammy's Ritas & Fajitas, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**            **77494**
City                     State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.249**

**Sammy's Ritas & Fajitas, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**            **77494**
City                     State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.250**

**Sammy's Ritas & Fajitas, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**            **77494**
City                     State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.251**

**Sammy's Ritas and Fajitas, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**            **77494**
City                     State            ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.39**
☐ Schedule G, line _____

| Debtor 1 | **Sammy Vela** | | Case number *(if known)*_____ |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

| ■ | **Additional Page to List More Codebtors** |
|---|---|

| **Column 1:** Your codebtor | **Column 2:** The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3.252**

**Sammy's Ritas and Fajitas, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**              **77494**
City                          State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.253**

**Sammy's Ritas and Fajitas, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**              **77494**
City                          State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.254**

**Sammy's Ritas and Fajitas, LLC**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**              **77494**
City                          State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.255**

**Sammy's Sports Bar & Grill**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**              **77494**
City                          State                ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.9, 4.20**
☐ Schedule G, line _____

**3.256**

**Sammy's Sports Bar & Grill**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**              **77494**
City                          State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.257**

**Sammy's Sports Bar & Grill**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**              **77494**
City                          State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.258**

**Sammy's Sports Bar & Grill**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**              **77494**
City                          State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.259**

**Sammy's Sports Bar & Grill**
Name

**9903 Cinco Ridge Drive**
Number        Street

**Katy**                    **TX**              **77494**
City                          State                ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1    **Sammy Vela**

First Name    Middle Name    Last Name             Case number *(if known)*_____

## Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.260**

**Sammy's Sports Bar & Grill**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**      **TX**      **77494**
City      State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.261**

**Sammy's Sports Bar & Grill**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**      **TX**      **77494**
City      State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.262**

**Sammy's Sports Grill**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**      **TX**      **77494**
City      State      ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.25**
☐ Schedule G, line _____

**3.263**

**Sammy's Sports Grill**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**      **TX**      **77494**
City      State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.264**

**Sammy's Sports Grill**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**      **TX**      **77494**
City      State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.265**

**Sammy's Sports Grill**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**      **TX**      **77494**
City      State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.266**

**Sammy's Sports Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**      **TX**      **77494**
City      State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.267**

**Sammy's Sports Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**      **TX**      **77494**
City      State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1    **Sammy Vela**

First Name    Middle Name    Last Name          Case number *(if known)* _____

## Additional Page to List More Codebtors

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3.268**

**Sammy's Sports Grill, LLC**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**        **TX**        **77494**
City        State        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.269**

**Sammy's Steakhouse, LLC**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**        **TX**        **77494**
City        State        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.270**

**Sammy's Steakhouse, LLC**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**        **TX**        **77494**
City        State        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.271**

**Sammy's Steakhouse, LLC**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**        **TX**        **77494**
City        State        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.272**

**Sammy's Steakhouse, LLC**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**        **TX**        **77494**
City        State        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.273**

**Sammy's Steakhouse, LLC**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**        **TX**        **77494**
City        State        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.274**

**Sammy's Steakhouse, LLC**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**        **TX**        **77494**
City        State        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.275**

**Sammy's Steakhouse, LLC**
Name

**9903 Cinco Ridge Drive**
Number    Street

**Katy**        **TX**        **77494**
City        State        ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1     **Sammy Vela**
First Name     Middle Name     Last Name

Case number (*if known*)_____

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3.276**

**Sammy's Steakhouse, LLC**
Name

**9903 Cinco Ridge Drive**
Number     Street

**Katy**                    **TX**          **77494**
City                          State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.277**

**Sammy's Steakhouse, LLC**
Name

**9903 Cinco Ridge Drive**
Number     Street

**Katy**                    **TX**          **77494**
City                          State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.278**

**Sammy's Steakhouse, LLC**
Name

**9903 Cinco Ridge Drive**
Number     Street

**Katy**                    **TX**          **77494**
City                          State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.279**

**Sammy's Steakhouse, LLC**
Name

**9903 Cinco Ridge Drive**
Number     Street

**Katy**                    **TX**          **77494**
City                          State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.280**

**Sammy's Steakhouse, LLC**
Name

**9903 Cinco Ridge Drive**
Number     Street

**Katy**                    **TX**          **77494**
City                          State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.281**

**Sammy's Steakhouse, LLC**
Name

**9903 Cinco Ridge Drive**
Number     Street

**Katy**                    **TX**          **77494**
City                          State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.282**

**Sammy's Steakhouse, LLC**
Name

**9903 Cinco Ridge Drive**
Number     Street

**Katy**                    **TX**          **77494**
City                          State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.283**

**Sammy's Steakhouse, LLC**
Name

**9903 Cinco Ridge Drive**
Number     Street

**Katy**                    **TX**          **77494**
City                          State              ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

Debtor 1    **Sammy Vela**                               Case number *(if known)*_____

First Name      Middle Name      Last Name

## Additional Page to List More Codebtors

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3.284**

**Stadia Bar & Grill Licensing Co., LLC**
Name

**22762 Westheimer Parkway, Suite 400**
Number      Street

**Katy**          **TX**          **77450**
City          State          ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.14**
☐ Schedule G, line _____

**3.285**

**Stadia Bar & Grill Licensing Co., LLC**
Name

**22762 Westheimer Parkway, Suite 400**
Number      Street

**Katy**          **TX**          **77450**
City          State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.286**

**Stadia Bar & Grill Licensing Co., LLC**
Name

**22762 Westheimer Parkway, Suite 400**
Number      Street

**Katy**          **TX**          **77450**
City          State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.287**

**Stadia Bar & Grill Licensing Co., LLC**
Name

**22762 Westheimer Parkway, Suite 400**
Number      Street

**Katy**          **TX**          **77450**
City          State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.288**

**WFG National Title Co. of California**
Name

**12909 SW 68th Parkway, Suite 350**
Number      Street

**Portland**          **OR**          **97223**
City          State          ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line **4.30**
☐ Schedule G, line _____

**3.289**

**WFG National Title Co. of California**
Name

**12909 SW 68th Parkway, Suite 350**
Number      Street

**Portland**          **OR**          **97223**
City          State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.290**

**WFG National Title Co. of California**
Name

**12909 SW 68th Parkway, Suite 350**
Number      Street

**Portland**          **OR**          **97223**
City          State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.291**

**WFG National Title Co. of California**
Name

**12909 SW 68th Parkway, Suite 350**
Number      Street

**Portland**          **OR**          **97223**
City          State          ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**Attachment**
**Debtor: Sammy Vela   Case No:**

**Attachment 1**
4.34, 4.36, 4.33, 4.26, 4.30, 4.1

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Sammy Vela** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Southern District of Texas** | | |
| Case number (If known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.**<br><br>If you have more than one job, attach a separate page with information about additional employers.<br><br>Include part-time, seasonal, or self-employed work.<br><br>Occupation may Include student or homemaker, if it applies. | | |
| | **Employment status** | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☒ Not employed |
| | **Occupation** | Owner/Operator | |
| | **Employer's name** | Sammy's Grill, LLC | |
| | **Employer's address** | 22762 Westheimer Parkway, #400 | |
| | | Number   Street | Number   Street |
| | | Katy, TX 77450 | |
| | | City           State   ZIP Code | City           State   ZIP Code |
| | **How long employed there?** | 10 years, 4 months | _____ |

## Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $10,000.00 | $0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | + $0.00 | + $0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $10,000.00 | $0.00 |

Debtor 1    **Sammy Vela**

First Name      Middle Name      Last Name

Case number *(if known)* _____

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ..................................................... ➔ 4. | $10,000.00 | $0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $0.00 | $0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | $0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| 5e. **Insurance** | 5e. | $0.00 | $0.00 |
| 5f. **Domestic support obligations** | 5f. | $0.00 | $0.00 |
| 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. | + $0.00 | + $0.00 |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.    6.    $0.00    $0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $10,000.00    $0.00

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $0.00    $0.00

8b. **Interest and dividends**    8b.    $0.00    $0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $0.00    $0.00

8d. **Unemployment compensation**    8d.    $0.00    $0.00

8e. **Social Security**    8e.    $0.00    $0.00

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

Specify: _____    8f.    $_____    $0.00

8g. **Pension or retirement income**    8g.    $0.00    $0.00

8h. **Other monthly income.** Specify: _____    8h.    + $0.00    + $0.00

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.    9.    $0.00    $0.00

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.    $10,000.00    **+**    $0.00    **=**    $10,000.00

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____    11. **+**    $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies    12.    $10,000.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☒ Yes. Explain:    **Debtor's income decrease from closing 5 restaurants in 2018.**

**Fill in this information to identify your case:**

Debtor 1 **Sammy Vela**
First Name                Middle Name                Last Name

Debtor 2
(Spouse, if filing) First Name                Middle Name                Last Name

United States Bankruptcy Court for the: **Southern District of Texas**

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13
   expenses as of the following date:

   _____
   MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☒ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Forms 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☒ Yes. Fill out this information for each dependent.........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 12 | ☐ No  ☒ Yes |
| Step-daughter | 23 | ☐ No  ☒ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☒ No
   ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form B 106I.)

|  | Your expenses |
|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $5,506.00 |
| If not included in line 4: | |
| 4a.   Real estate taxes | 4a. $0.00 |
| 4b.   Property, homeowner's, or renter's insurance | 4b. $0.00 |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. $300.00 |
| 4d.   Homeowner's association or condominium dues | 4d. $0.00 |

Debtor 1   **Sammy Vela**
_____   Case number *(if known)*_____
　　　　　First Name　　　Middle Name　　　　Last Name

|  | | Your expenses |
|---|---|---|

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence**, such as home equity loans | 5. | $0.00 |
| 6. | **Utilities:** | | |
| | 6a.　Electricity, heat, natural gas | 6a. | $350.00 |
| | 6b.　Water, sewer, garbage collection | 6b. | $150.00 |
| | 6c.　Telephone, cell phone, Internet, satellite, and cable services | 6c. | $210.00 |
| | 6d.　Other. Specify: **Cell Phone** | 6d. | $222.00 |
| 7. | **Food and housekeeping supplies** | 7. | $1,200.00 |
| 8. | **Childcare and children's education costs** | 8. | $0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $1,100.00 |
| 10. | **Personal care products and services** | 10. | $1,000.00 |
| 11. | **Medical and dental expenses** | 11. | $300.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $400.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $1,100.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.　Life insurance | 15a. | $300.00 |
| | 15b.　Health insurance | 15b. | $1,200.00 |
| | 15c.　Vehicle insurance | 15c. | $900.00 |
| | 15d.　Other insurance. Specify:_____ | 15d. | $0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.　Car payments for Vehicle 1 | 17a. | $848.06 |
| | 17b.　Car payments for Vehicle 2 | 17b. | $595.48 |
| | 17c.　Other. Specify:_____ | 17c. | $ |
| | 17d.　Other. Specify:_____ | 17d. | $ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.　Mortgages on other property | 20a. | $0.00 |
| | 20b.　Real estate taxes | 20b. | $0.00 |
| | 20c.　Property, homeowner's, or renter's insurance | 20c. | $0.00 |
| | 20d.　Maintenance, repair, and upkeep expenses | 20d. | $0.00 |
| | 20e.　Homeowner's association or condominium dues | 20e. | $0.00 |

Debtor 1    **Sammy Vela** _____    Case number *(if known)* _____
       First Name      Middle Name      Last Name

---

21.  **Other**. Specify: **See Attachment 1** _____     21.  +$ **750.00** _____

22.  **Calculate your monthly expenses.**
    22a. Add lines 4 through 21.
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2
    22c. Add line 22a and 22b. The result is your monthly expenses.

$ **16,431.54** _____

$ _____

22.  $ **16,431.54** _____

23.  **Calculate your monthly net income.**

    23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*

23a.  $ **10,000.00** _____

    23b.  Copy your monthly expenses from line 22 above.

23b.  − $ **16,431.54** _____

    23c.  Subtract your monthly expenses from your monthly income.
        The result is your *monthly net income.*

23c.  $ **-6,431.54**

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes.     Explain here:

# Attachment
# Debtor: Sammy Vela   Case No:

**Attachment 1**

    **Description: School Expenses**
    **Amount: 500.00**

    **Description: School Lunch Expenses**
    **Amount: 250.00**

**Fill in this information to identify your case:**

Debtor 1    **Sammy Vela**
         First Name               Middle Name              Last Name

Debtor 2
(Spouse, if filing)   First Name           Middle Name         Last Name

United States Bankruptcy Court for the:   **Southern District of Texas**

Case number
(If known)                           

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ **/s/Sammy Vela** _____      ✗ _____
   Signature of Debtor 1                             Signature of Debtor 2

Date **08/04/2019** _____           Date _____
     MM /   DD   /   YYYY                          MM /   DD   /   YYYY

**Fill in this information to identify your case:**

Debtor 1     Sammy _____ Vela _____
First Name            Middle Name            Last Name

Debtor 2
(Spouse, if filing)  First Name            Middle Name            Last Name

United States Bankruptcy Court for the:   Southern District of Texas

Case number
(If known)

☐ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

**1. What is your current marital status?**

☒ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☒ No
☐ Yes. List all of the places you lived in the last 3 years.  Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____<br>Number    Street<br>_____<br>City          State  ZIP Code | From _____<br>To   _____ | _____<br>Number   Street<br>_____<br>City          State  ZIP Code | From _____<br>To   _____ |
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| _____<br>Number    Street<br>_____<br>City          State  ZIP Code | From _____<br>To   _____ | _____<br>Number   Street<br>_____<br>City          State  ZIP Code | From _____<br>To   _____ |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No
☒ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | Sammy Vela | | | Case number *(if known)* _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2: Explain the Sources of Your Income

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $40,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For last calendar year:**<br>(January 1 to December 31, 2018)<br>YYYY | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $250,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2017)<br>YYYY | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $300,000.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |

5. **Did you receive any other income during this year or the two previous calendar years?**

   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☒ No
   ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| **For last calendar year:**<br>(January 1 to December 31, _____)<br>YYYY | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, _____)<br>YYYY | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |

Debtor 1    Sammy Vela
_____      Case number (if known)_____
First Name        Middle Name         Last Name

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☒ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☒ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for? |
|---|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City          State      ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City          State      ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City          State      ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

Debtor 1    Sammy Vela
_____          Case number (if known)_____
First Name        Middle Name        Last Name

---

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☒ No
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____<br>Insider's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City                State    ZIP Code | _____<br><br><br>_____<br><br><br><br>_____ | $_____<br> | $_____<br> | |
| _____<br>Insider's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City                State    ZIP Code | _____<br><br><br>_____<br><br><br><br>_____ | $_____<br> | $_____<br> | |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| _____<br>Insider's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City                State    ZIP Code | _____<br><br><br>_____<br><br><br><br>_____ | $_____<br> | $_____<br> | |
| _____<br>Insider's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City                State    ZIP Code | _____<br><br><br>_____<br><br><br><br>_____ | $_____<br> | $_____<br> | |

Debtor 1    Sammy Vela
First Name    Middle Name    Last Name

Case number (if known) _____

## Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

☒ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title David Buzzelli & Marcos Chavez v Sammy's 5,6,9<br><br>Case number  2018-06383 | Judgment | 334th Judicial District Court<br>Court Name<br><br>201 Caroline<br>Number   Street<br><br>Houston  TX  77002<br>City            State      ZIP Code | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| Case title Spirit of Texas Bank v Sammy's Grill, et al<br><br>Case number  2018-82670 | Lawsuit | 127th Judicial District Court<br>Court Name<br><br>201 Caroline<br>Number   Street<br><br>Houston  TX  77002<br>City            State      ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**See Attachment 1**

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No.  Go to line 11.

☒ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **See Attachment 2**<br>Creditor's Name<br><br>1811 Bering Dr., Suite 420<br>Number   Street<br><br>_____<br><br>Houston  TX  77057-3186<br>City            State      ZIP Code | Froze BBVA Compass Bank Account<br><br>**Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☒ Property was attached, seized, or levied. | _____ | $4,214.50 |
| _____<br>Creditor's Name<br><br>_____<br>Number   Street<br><br>_____<br><br>_____<br>City            State      ZIP Code | <br><br>**Explain what happened**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | _____ | $_____ |

Debtor 1    Sammy Vela
           First Name        Middle Name        Last Name                        Case number *(if known)*_____

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☒ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's Name | | | |
| _____<br>Number    Street | | | $_____ |
| _____ | | _____ | |
| _____<br>City        State    ZIP Code | | | |

Last 4 digits of account number: XXXX–___ ___ ___ ___

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☒ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____ | | | |
| _____<br>City        State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | _____ | $_____ |
| _____ | | _____ | $_____ |
| _____ | | | |
| _____<br>City        State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

| Debtor 1 | Sammy Vela | | | Case number *(if known)*_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**14.** Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☒ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____ | | | |
| Charity's Name | | _____ | $_____ |
| _____ | | | |
| _____ | | _____ | $_____ |
| _____ | | | |
| City      State      ZIP Code | | | |

---

**Part 6:   List Certain Losses**

**15.** Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☒ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss  Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

**Part 7:   List Certain Payments or Transfers**

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Margaret M. McClure | Debtor paid $2,000 7/25/19 & $3,000 7/29/19. Sammy's Restaurants, LLC paid $1,000 on 8/1/19. | | |
| Person Who Was Paid | | | |
| Attorney at Law | | 07/25/19 | $2,000.00 |
| Number      Street | | | |
| 909 Fannin, Suite 3810 | | 07/29/19 | $3,000.00 |
| Houston  TX  77010 | | | |
| City          State      ZIP Code | | | |
| _____ | | **See Attachment 3** | |
| Email or website address | | | |
| _____ | | | |
| Person Who Made the Payment, if Not You | | | |

Debtor 1   Sammy Vela
_____   Case number (if known) _____
First Name        Middle Name        Last Name

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Hoff Law Offices, P.C./ | Did not file the bankruptcy case. | | |
| Person Who Was Paid | | | |
| Jessica L. Hoff | | 11/15/18 | $7,835.00 |
| Number     Street | | | |
| 1322 Space Park Dr., Ste B-128 | | | |
| Houston  TX  77058 | | _____ | $_____ |
| City            State      ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | |
| Number     Street | | _____ | $_____ |
| | | _____ | $_____ |
| City            State      ZIP Code | | | |

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | |
| Number     Street | | | _____ |
| City            State      ZIP Code | | | |
| Person's relationship to you _____ | | | |
| Person Who Received Transfer | | | |
| Number     Street | | | _____ |
| City            State      ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1    Sammy Vela

First Name    Middle Name    Last Name         Case number *(if known)*_____

---

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ | | _____ |
| _____ | | |

---

| **Part 8:** | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☒ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Regions Bank<br>Name of Financial Institution<br><br>Number   Street<br><br><br>City         State     ZIP Code | XXXX–___ ___ ___ ___ | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| Name of Financial Institution<br><br>Number   Street<br><br><br>City         State     ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**
☒ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution<br><br>Number   Street<br><br><br>City         State     ZIP Code | Name<br><br>Number   Street<br><br><br>City     State     ZIP Code | | ☒ No<br>☐ Yes |

---

Debtor 1  Sammy Vela
         First Name        Middle Name        Last Name

Case number *(if known)*_____

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ☐ No<br>☐ Yes |
| Name of Storage Facility | Name | | |
| Number   Street | Number   Street | | |
| City              State    ZIP Code | City State  ZIP Code | | |

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☒ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name | | | $_____ |
| Number   Street | Number   Street | | |
| City            State    ZIP Code | City              State    ZIP Code | | |

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | _____ |
| Number   Street | Number   Street | | |
| City              State    ZIP Code | City              State    ZIP Code | | |

Debtor 1   Sammy Vela
             First Name    Middle Name    Last Name

Case number (if known) _____

**25. Have you notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |
| Name of site | Governmental unit | | _____ |
| Number   Street | Number   Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | Court Name | | ☐ Pending |
| | | | ☐ On appeal |
| | Number   Street | | ☐ Concluded |
| Case number | City          State    ZIP Code | | |

---

**Part 11:**   **Give Details About Your Business or Connections to Any Business**

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☒ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☒ An officer, director, or managing executive of a corporation
☒ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☒ Yes. Check all that apply above and fill in the details below for each business.

| Business Name | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Sammy's Grill, LLC<br>**See Attachment 4**<br>Number   Street | Restaurant | EIN: 8 0 _ 0 1 8 7 5 7 2 |
| 22762 Westheimer Parkway, #400 | Name of accountant or bookkeeper | Dates business existed |
| Katy  TX 77450<br>City          State    ZIP Code | Sammy Vela | From 7/24/08   To _____ |
| Sammy's Grill, LLC 2<br>**Business Name** | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| 9903 Cinco Ridge Drive<br>Number   Street | Restaurant | EIN: 2 0 _ 5 3 0 7 5 4 6 |
| | Name of accountant or bookkeeper | Dates business existed |
| Katy  TX 77494<br>City          State    ZIP Code | Sammy Vela | From 1/31/04   To _____ |

Debtor 1   Sammy Vela
              First Name         Middle Name         Last Name

Case number (if known) _____

| | | |
|---|---|---|
| Sammy's Grill, LLC 3 <br> **Business Name** | **Describe the nature of the business** <br> Restaurant | **Employer Identification number** <br> Do not include Social Security number or ITIN. <br><br> EIN: 2 0 – 5 5 7 4 0 5 6 |
| 9903 Cinco Ridge Drive <br> **Number   Street** | **Name of accountant or bookkeeper** <br> Sammy Vela | **Dates business existed** |
| <br> Katy  TX 77494 <br> **City           State    ZIP Code** | | From 11/21/14   To _____ <br><br> **See Attachment 5** |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ No
☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| | |
| _____ <br> **Name** | _____ <br> **MM / DD / YYYY** |
| _____ <br> **Number   Street** | |
| _____ | |
| _____ <br> **City           State   ZIP Code** | |

---

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✖ /s/Sammy Vela                              ✖ _____
**Signature of Debtor 1**                      **Signature of Debtor 2**

Date 08/04/2019                              Date _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**

☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☒ No
☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# Attachment       (1/6)
## Debtor: Sammy Vela   Case No:

**Attachment 1 Additional Lawsuits, Court Actions, or Administrative Proceedings**

    **Case Title: Theresa Vela v Sammy Vela**
    **Case Number: 2010-40184**
    **Nature of Case: Judgment - Receiver Appointed**
    **Court or Agency's Name: 129th Judicial District Court**
    **Court or Agency's Address: 201 Caroline, Houston, TX 77002**
    **Status of Case: Concluded**

    **Case Title: Wilbur Hardy, Jr. & William J. Blackbird v Sammy Vela, et al**
    **Case Number: 2018-69813**
    **Nature of Case: Judgment**
    **Court or Agency's Name: 334th Judicial District Court**
    **Court or Agency's Address: 201 Caroline, Houston, TX 77002**
    **Status of Case: Concluded**

    **Case Title: Paul Wakulat v Sammy's Grill, LLC**
    **Case Number: 18-DCV-250410**
    **Nature of Case: Judgment**
    **Court or Agency's Name: 240th Judicial District Court**
    **Court or Agency's Address: 1422 Eugene Heimann Circle, Richmond, TX 77469**
    **Status of Case: Concluded**

    **Case Title: Jakes, Inc. dba Jake's Finer Foods v Sammy Vela, et al**
    **Case Number: 2019-19345**
    **Nature of Case: Lawsuit**
    **Court or Agency's Name: 334th Judicial District Court**
    **Court or Agency's Address: 201 Caroline, Houston, TX 77002**
    **Status of Case: Pending**

    **Case Title: Jason B. Lane v Sammy Vela, et al**
    **Case Number: 2015-22823**
    **Nature of Case: Judgment**
    **Court or Agency's Name: 125th Judicial District Court**
    **Court or Agency's Address: 201 Caroline, Houston, TX 77002**
    **Status of Case: Concluded**

    **Case Title: Marcus Schultz v Sammy's Grill, et al**
    **Case Number: 18-DCV-253719**
    **Nature of Case: Lawsuit**
    **Court or Agency's Name: 268th Judicial District Court**
    **Court or Agency's Address: 1422 Eugene Heimann Circle, Richmond, TX 77469**
    **Status of Case: Pending**

    **Case Title: 1027 Sawdust Road, LLC v Sammy's Grill, et al**
    **Case Number: 2018-44549**
    **Nature of Case: Agreed Judgment**
    **Court or Agency's Name: 152nd Judicial District Court**
    **Court or Agency's Address: 201 Caroline, Houston, TX 77002**
    **Status of Case: Concluded**

    **Case Title: Demetrio Chavez v Sammy's Grill, LLC 6, et al**
    **Case Number: 2018-22131**

**Attachment    (2/6)**
**Debtor: Sammy Vela   Case No:**

**Nature of Case: Agreed Judgment**
**Court or Agency's Name: 157th Judicial District Court**
**Court or Agency's Address: 201 Caroline, Houston, TX 77002**
**Status of Case: Concluded**

**Case Title: Jet 337, Inc. dba Metro Construction v Sammy's Grill, LLC 6, 9, et al**
**Case Number: 2019-10637**
**Nature of Case: Agreed Judgment**
**Court or Agency's Name: 333rd Judicial District Court**
**Court or Agency's Address: 201 Caroline, Houston, TX 77002**
**Status of Case: Concluded**

**Case Title: Mintaka Financial, LLC v Sammy's Grill, LLC 5,2,3, et al**
**Case Number: 2019-001789-1**
**Nature of Case: Lawsuit**
**Court or Agency's Name: County Court at Law No. 1, Tarrant County**
**Court or Agency's Address: 100 West Weatherford Street, Fort Worth, TX 76196**
**Status of Case: Pending**

**Case Title: Alex & Traci Tripp v Sammy's, et al**
**Case Number: 18-DCV-251617**
**Nature of Case: Lawsuit**
**Court or Agency's Name: 458th Judicial District Court**
**Court or Agency's Address: 1422 Eugene Heimann Circle, Room 31004, Richmond, TX 77469**
**Status of Case: Pending**

**Case Title: American Express NB v Sammy Vela**
**Case Number: 14-DCV-256619**
**Nature of Case: Judgment**
**Court or Agency's Name: 400th Judicial District Court**
**Court or Agency's Address: 1422 Eugene Heimann Circle, Room 31004, Richmond, TX 77469**
**Status of Case: Concluded**

**Case Title: American Express Centurion Bank v Sammy Vela**
**Case Number: 14-DCV-211789**
**Nature of Case: Judgment**
**Court or Agency's Name: 400th Judicial District Court**
**Court or Agency's Address: 1422 Eugene Heimann Circle, Room 31004, Richmond, TX 77469**
**Status of Case: Concluded**

**Case Title: Ben E. Keith Foods, et al v Sammy's, et al**
**Case Number: 2019CV01787**
**Nature of Case: Lawsuit**
**Court or Agency's Name: County Court at Law No. 3, Bexar County**
**Court or Agency's Address: 100 Dolorosa, Suite 104, San Antonio, TX 78205**
**Status of Case: Pending**

**Case Title: Robert Latham v Sammy's Grill, LLC, et al**
**Case Number: 18-CCV-061465**
**Nature of Case: Judgment**
**Court or Agency's Name: County Court at Law No. 2**
**Court or Agency's Address: Fort Bend County, Richmond, TX**

## Attachment      (3/6)
## Debtor: Sammy Vela   Case No:

**Status of Case: Concluded**

**Case Title: Cajun Gourmet, LLC/E. Drew v Sammy's, et al**
**Case Number: 18-JSC31-00901**
**Nature of Case: Judgment**
**Court or Agency's Name: Justice Court, Pct. 3, Fort Bend County**
**Court or Agency's Address: 22333 Grand Corner Drive, Suite 102, Katy, TX 77494**
**Status of Case: Concluded**

**Case Title: Eagle Chair, Inc. v Sammy Vela, et al**
**Case Number: 2018-31093**
**Nature of Case: Lawsuit**
**Court or Agency's Name: 215 Judicial District Court**
**Court or Agency's Address: 201 Caroline, Houston, TX 77002**
**Status of Case: Pending**

**Case Title: Employers One Source Group, Inc. v Sammy's, et al**
**Case Number: 2018-61071**
**Nature of Case: Lawsuit**
**Court or Agency's Name: 61st Judicial District Court**
**Court or Agency's Address: 201 Caroline, Houston, TX 77002**
**Status of Case: Pending**

**Case Title: Ikahn Capital v Sammy's, et al**
**Case Number: 2018-004844, 2018-009139**
**Nature of Case: Judgment**
**Court or Agency's Name: County Court at Law No. 1, Tarrant County**
**Court or Agency's Address: 100 W. Weatherford Street, Ft. Worth, TX 776196**
**Status of Case: Concluded**

**Case Title: Arcarius, LLC v Sammy's Grill, LLC & Sammy Vela**
**Case Number: 2018-75360, 18 810748**
**Nature of Case: Judgment-Supreme Court, Erie County, NY**
**Court or Agency's Name: 333rd Judicial District Court**
**Court or Agency's Address: 201 Caroline, Houston, TX 77002**
**Status of Case: Concluded**

**Case Title: Cinco Southwest MUD #2 v Sammy's Grill, LLC 2**
**Case Number: 16-DCV-23238**
**Nature of Case: Judgment**
**Court or Agency's Name: 458th Judicial District Court, Fort Bend County**
**Court or Agency's Address: 301 Jackson Street, Ricmond, TX 77469**
**Status of Case: Concluded**

**Case Title: A1 Check-Cashing**
**Case Number: 195100122262**
**Nature of Case: Lawsuit**
**Court or Agency's Name: Justice Court, Precinct 5, Place 1**
**Court or Agency's Address: 6000 Chimney Rock Road, Suite 102, Houston, TX 77081**
**Status of Case: Pending**

**Case Title: CC Boardwalk 1, L.P. v Sammy's Ritas/Restaurants**

**Attachment      (4/6)**
**Debtor: Sammy Vela   Case No:**

**Case Number: 2019-36703**
**Nature of Case: Lawsuit**
**Court or Agency's Name: 270th Judicial District Court**
**Court or Agency's Address: 201 Caroline, Houston, TX 77002**
**Status of Case: Pending**

**Case Title: CC Tuckerton Retail, L.P.**
**Case Number: 2019-36721**
**Nature of Case: Lawsuit**
**Court or Agency's Name: 165th Judicial District Court**
**Court or Agency's Address: 201 Caroline, Houston, TX 77002**
**Status of Case: Pending**

**Case Title: Knight Capital Funding, LLC v Sammy's, et al**
**Case Number: 2015-011452-CA-01**
**Nature of Case: Lawsuit**
**Court or Agency's Name: 11th Circuit Court**
**Court or Agency's Address: Miami-Dade County, FL**
**Status of Case: Pending**

**Case Title: Faramarz Azodinia v Sammy's, et al**
**Case Number: 1128522**
**Nature of Case: Lawsuit**
**Court or Agency's Name: County Court at Law No. 4**
**Court or Agency's Address: 201 Caroline, Houston, TX 77002**
**Status of Case: Pending**

**Case Title: Sysco Houston, Inc. v Sammy's, et al**
**Case Number: 1052579**
**Nature of Case: Judgment**
**Court or Agency's Name: County Civil Court at Law No. 4**
**Court or Agency's Address: 201 Caroline, Houston, TX 77002**
**Status of Case: Concluded**

**Case Title: Noiva Santos v Sammy Vela & Sammy's Grill, LLC 3**
**Case Number: 17-CCV-061181**
**Nature of Case: Agreed Judgment**
**Court or Agency's Name: County Court at Law No. 4**
**Court or Agency's Address: Fort Bend County, TX**
**Status of Case: Concluded**

**Case Title: World Business Lenders, LLC v G. Carrillo, et al**
**Case Number: BC635672**
**Nature of Case: Lawsuit**
**Court or Agency's Name: Superior Court of California**
**Court or Agency's Address: 111 N. Hill Street, Los Angeles, CA 90012**
**Status of Case: Pending**

**Case Title: Performance Food Group, Inc. v Sammy's, et al**
**Case Number: C-1-CV-16-008888**
**Nature of Case: Lawsuit**
**Court or Agency's Name: County Court at Law No. 1, Travis County**

## Attachment      (5/6)
## Debtor: Sammy Vela   Case No:

Court or Agency's Address: P.O. Box 149325, Austin, TX 78714-9325
Status of Case: Concluded

**Attachment 2**
Michael D. Stein, Receiver for Theresa Vela
**Attachment 3**
Additional Transfers to Margaret M. McClure
Date of Transfer: August 1, 2019
Value of Transfer: $1,000.00
**Attachment 4**
dba Stadia Bar and Grill; dba Sammy's Sports Grill; dba Sammy's Steakhouse
**Attachment 5**
Additional Businesses Debtor Has or Had an Interest In:
Business Name: Sammy's Grill, LLC 4
Address: 9903 Cinco Ridge Drive, Katy, TX 77494
Nature of Business: Restaurant
Accountant or Bookkeeper: Sammy Vela
EIN: 20-5657710
Business Existed From: 3/5/15 to

Business Name: Sammy's Grill, LLC 5
Address: 9903 Cinco Ridge Drive, Katy, TX 77494
Nature of Business: Restaurant
Accountant or Bookkeeper: Sammy Vela
EIN: 20-5657691
Business Existed From: 3/5/15 to

Business Name: Sammy's Grill, LLC 6
Address: 9903 Cinco Ridge Drive, Katy, TX 77494
Nature of Business: Restaurant
Accountant or Bookkeeper: Sammy Vela
EIN: 20-5894063
Business Existed From: 12/1/15 to

Business Name: Sammy's Grill, LLC 7
Address: 9903 Cinco Ridge Drive, Katy, TX 77494
Nature of Business: Restaurant
Accountant or Bookkeeper: Sammy Vela
EIN: 20-6029381
Business Existed From: 4/26/16 to

Business Name: Sammy's Grill, LLC 8
Address: 9903 Cinco Ridge Drive, Katy, TX 77494
Nature of Business: Restaurant
Accountant or Bookkeeper: Sammy Vela
EIN: 20-6203120
Business Existed From: 11/8/16 to

Business Name: Sammy's Grill, LLC 9
Address: 9903 Cinco Ridge Drive, Katy, TX 77494
Nature of Business: Restaurant
Accountant or Bookkeeper: Sammy Vela

**Attachment        (6/6)**
**Debtor: Sammy Vela   Case No:**

EIN: 20-6298821
Business Existed From: 2/24/17 to

Business Name: Sammy's Mexican Kitchen, LLC
Address: 9903 Cinco Ridge Drive, Katy, TX 77494
Nature of Business: Restaurant
Accountant or Bookkeeper: Sammy Vela
EIN: 20-5063971
Business Existed From: 4/6/13 to

Business Name: Sammy's Restaurants, LLC
Address: 9903 Cinco Ridge Drive, Katy, TX 77494
Nature of Business: Restaurant
Accountant or Bookkeeper: Sammy Vela
EIN: 20-6242460
Business Existed From: 12/28/16 to

Business Name: Sammy's Ritas and Fajitas, LLC
Address: 9903 Cinco Ridge Drive, Katy, TX 77494
Nature of Business: Restaurant
Accountant or Bookkeeper: Sammy Vela
EIN: 20-6301708
Business Existed From: 2/28/17 to

Business Name: Sammy's Steakhouse, LLC
Address: 9903 Cinco Ridge Drive, Katy, TX 77494
Nature of Business: Restaurant
Accountant or Bookkeeper: Sammy Vela
EIN: 81-3584400
Business Existed From: 8/16/16 to

**Fill in this information to identify your case:**

Debtor 1    **Sammy Vela**
<br>First Name        Middle Name        Last Name

Debtor 2
<br>(Spouse, if filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the:   **Southern District Of Texas**

Case number
<br>(If known)

☐ Check if this is an
amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7   12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | **List Your Creditors Who Hold Secured Claims** |
|---|---|

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Hold Claims Secured by Property* **(Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Centejas Investments, LLC**<br><br>Description of property securing debt: **Homestead at 9903 Cinco Ridge Dr., Katy, TX 77494** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☒ Yes |
| Creditor's name: **Ally Financial**<br><br>Description of property securing debt: **2018 Ford F150 Pickup** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☒ Yes |
| Creditor's name: **BMW Financial Services.**<br><br>Description of property securing debt: **2015 BMW 320i** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☒ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☒ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |

Your name **Sammy Vela**
First Name ___ Middle Name ___ Last Name

Case number *(If known)* _____

| **Part 2:** | **List Your Unexpired Personal Property Leases** |

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: _____ | ☐ No |
| Description of leased property: _____ | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: _____ | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: _____ | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: _____ | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: _____ | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: _____ | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: _____ | ☐ Yes |

| **Part 3:** | **Sign Below** |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

**✗** /s/Sammy Vela _____
Signature of Debtor 1

**✗** _____
Signature of Debtor 2

Date **08/04/2019**
MM / DD / YYYY

Date _____
MM / DD / YYYY

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

**In re**   **Sammy Vela**

Case No. _____

**Debtor**                                                                    Chapter **7**_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
    named debtor(s) and that compensation paid to me within one year before the filing of the petition in
    bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
    contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $**6,000.00**_____

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $**6,000.00**_____

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $**0.00**_____

2.  The source of the compensation paid to me was:

    ☐ Debtor              ☒ Other (specify) **See Attachment 1**

3.  The source of compensation to be paid to me is:

    ☐ Debtor              ☐ Other (specify)

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are
        members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
        members or associates of my law firm. A copy of the agreement, together with a list of the names of the
        people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
    case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to
        file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
        hearings thereof;

B2030 (Form 2030) (12/15)

    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Representing Debtor(s) in any adversary proceeding, contested bankruptcy matter or post-discharge bankruptcy matter.**

<table>
<tr><td>

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 4, 2019**       **/s/Margaret M. McClure**
*Date*              *Signature of Attorney*

                 **Law Office of Margaret M. McClure**
                 *Name of law firm*

</td></tr>
</table>

# Attachment
# Debtor: Sammy Vela   Case No:

**Attachment 1**

Debtor paid $2,000 7/25/19 & $3,000 7/29/19. Sammy's Restaurants, LLC paid $1,000 on 8/1/19.

Sammy Vela
9903 Cinco Ridge Drive
Katy,TX 77494-8609


1027 Sawdust Road, LLC
c/o H. Fred Cook
2500 Fannin Street
Houston,TX 77002


A1 Check-Cashing
6065 Hillcroft Avenue, Suite 502
Houston,TX 77081


Aiqun Sun
2907 Marble Falls Drive
Pearland,TX 77584


Alex & Traci Tripp
c/o David W. Showalter
1117 FM 359, Suite 200
Richmond,TX 77406


Ally Financial
P.O. Box 380902
Bloomington,MN 55438-0902


Ally Financial
P.O. Box 9001951
Louisville,KY 40290-1951


Alsco - Austin
c/o Commercial Collection Corp. of NY
34 Seymour Street
Tonawanda,NY 14150


American Express National Bank
c/o Donald D. DeGrasse
1800 Bering, Suite 1000
Houston,TX 77057

American Express National Bank
P.O. Box 981537
El Paso,TX 79998-1537


Anderson Investment Enterprises, LLC
5215 Blue Pearl
Richmond,TX 77407


Andrea Nicholle Simpson
11922 Surrey Lane
Houston,TX 77024


Arcarius, LLC
c/o Andrew B. Totz
2211 Norfolk, Suite 510
Houston,TX 77098


Arcarius, LLC
2125 Center Avenue, Suite 602
Fort Lee,NJ 07024


Arcarius, LLC
c/o Rhett A. Frimet
10 East 40th Street, 46th Floor
New York,NY 10016


Ben E. Keith Foods
c/o S. Mark Murray
10001 Reunion Place, Suite 640
San Antonio,TX 78216


Ben E. Keith Foods
P.O. Box 1570
Fort Worth,TX 76101


BMW Financial Services
P.O. Box 3608
Dublin,OH 43016

BMW Financial Services.
P.O. Box 78103
Phoenix,AZ 85062


Bobby Glen Moore
23226 Colony Green Drive
Katy,TX 77494


Bobby J. Scott
26138 Travis Brook Drive
Richmond,TX 77406


Brian Primak
21318 Hawkley Drive
Richmond,TX 77406


Cajun Gourmet, LLC/Edward W. Drew
2314 Gunston Court
Sugar Land,TX 77478


Cameron W. Brown
3226 Logancrest Court
Katy,TX 77494


Catherine Michelle Ryan
2519 N. Ocean Blvd., #203
Boca Raton,FL 33431


CC Boardwalk 1, L.P.
c/o Brice B. Beale
5051 Westheimer, Suite 1200
Houston,TX 77056


CC Tuckerton Retail, L.P.
c/o Brice B. Beale
5051 Westheimer, Suite 1200
Houston,TX 77056

Centejas Investments, LLC
200 Bartlett Drive, Suite 106
El Paso,TX 79912


CH Retail Fund II/Rayford Harmony, LP
c/o Jeremy J. Overbey
3333 Lee Parkway, 8th Floor
Dallas,TX 75219


Chris Rivers
4 Blalock Circle
Houston,TX 77024


Cinco Southwest MUD #2
c/o Perdue, Brandon
1235 North Loop West, Suite 600
Houston,TX 77008


Colonial Funding Network, Inc.
120 West 45th Street, 2nd Floor
New York,NY 10036


David Buzzelli
202 Fox Squirrel Court
Pinehurst,TX 77362


David Buzzelli & Marcos Chavez
c/o George Kurisky, Jr.
1221 Lamar, Suite 1000
Houston,TX 77010


David Perez
5002 Barlow Bend Lane
Katy,TX 77450


Demetrio Chavez
c/o George Kurisky, Jr.
1221 Lamar, Suite 1000
Houston,TX 77010

Douglas N. Kelly
5315 Colesberry Court
Katy,TX 77450


Eagle Chair, Inc.
c/o Preston D. Goodwin
P.O. Box 8278
The Woodlands,TX 77387-8278


Eagle Chair, Inc.
4816 Campbell Road
Houston,TX 77041


Elodia M. Salazar
4510 Royal Bend Lane
Sugar Land,TX 77479


Employers One Source Group, Inc.
c/o Carmen Cavazos Pratt
4306 Yoakum Blvd., Suite 500
Houston,TX 77006


Eric Arredondo
2303 Greens Court
Richmond,TX 77406


Fort Bend County District Clerk
301 Jackson Street
Richmond,TX 77469


Fort Bend LMF Retail, LLC
15010 Lakefair Drive
Richmond,TX 77406


George W. Smith, Jr.
22 Edgemont Court
Fulshear,TX 77441

```
Greg Lyon
3819 Orchard Springs Court
Sugar Land,TX 77479


Guard Insurance Group/WestGUARD Ins. Co.
c/o Don A. Leviton
3 Golf Center, Suite 361
Hoffman Estates,IL 60169


Guard Insurance Group/WestGUARD Ins. Co.
c/o Brown & Joseph, LLC
One Pierce Place, Suite 1225W
Itasca,IL 60143


Guard Insurance Group/WestGUARD Ins. Co.
16 South River Street
P.O. Box A-H
Wilkes-Barre,PA 18703-0020


Guard Insurance Group/WestGUARD Ins. Co.
P.O. Box 785570
Philadelphia,PA 18178-5570


Hoff Law Offices, P.C./Jessica L. Hoff
1322 Space Park Drive, Suite B-128
Houston,TX 77058


Ikahn Capital
c/o Mark W. Stout
421 W. Third Street, Suite 910
Fort Worth,TX 76102


Ikahn Capital
30 Broad Street
New York,NY 11516


Internal Revenue Service
P.O. Box 7346
Philadelphia,PA 19101-7346
```

```
Internal Revenue Service
Special Procedures II
1919 Smith Street, Stop 5025HOU
Houston,TX 77002


Internal Revenue Service
c/o U.S. Attorney
1000 Louisiana Street, Suite 2300
Houston,TX 77002


Internal Revenue Service
U.S. Attorney General
10th & Constitution, N.W.
Washington,DC 20530


Jakes, Inc. dba Jake's Finer Foods
c/o Bruce K. Watkins
24 Greenway Plaza, Suite 1710
Houston,TX 77046


Jakes, Inc. dba Jake's Finer Foods
13400 Hollister Drive
Houston,TX 77086


Jason B. Lane
c/o Corey J. Seel
500 Dallas, Suite 1200
Houston,TX 77002


Jason Burnett
10403 Prescott Glen Lane
Katy,TX 77494


Jeff Goldberg
905 Queen Annes Road
Houston,TX 77024


Jeffrey Allen Soo
4919 Sandalia Court
Katy,TX 77494
```

Jeremy Russel King
9515 Grant Road
Houston,TX 77070


Jet 337, Inc.
1029 Hwy 6 N #650-290
Houston,TX 77079


Jet 337, Inc. dba Metro Construction
c/o Dean W. Ferguson
19311 Water Point Trail
Kingwood,TX 77346


Johnny Lee Lewis
1711 Lake Geneva Court
Houston,TX 77084


Jose Del Rio
133 Summit Street, Apt. 220
Duluth,MN 55803


Joseph W. Toussaint
369 Bryn Mawr Circle
Houston,TX 77024


Julie Collins
24114 Valencia Ridge Lane
Katy,TX 77494


Knight Capital Funding, LLC
9 East Loockerman St., Suite 3A-543
Dover,DE 19901


LoneStar Logos
3701 Bee Caves Road, Suite 202
Austin,TX 78746

Marcus Schultz
c/o Alexis W. Foster
1300 Post Oak Blvd., Suite 2000
Houston,TX 77056


Mario Azodinia
c/o Bennett G. Fisher
1305 Prairie St., Suite 200
Houston,TX 77002


Matthew Berend
833 Heather Court
Houston,TX 77024


Matthew Coleman Mabry
9515 Grant Road
Houston,TX 77070


Michael Lueders
21139 Baileywood Drive
Richmond,TX 77407


Michael Pursley
5121 Carriage Bend Drive
Katy,TX 77450


Ming Puno
27403 Guthrie Ridge Lane
Katy,TX 77494


Mintaka Financial, LLC
c/o Matthew B. Fronda
420 Throckmorton Street, Suite 1210
Fort Worth,TX 76102


Mood Media
c/o Morgan, Cohen & Bach, LLC
7225 N. Mona Lisa Road, Suite 200
Tucson,AZ 85741

Niky Wessling-Green
21002 Creek Edge Court
Katy,TX 77449


Noiva Santos
c/o Eric Pursley
1650 Highway 6, Suite 251
Sugar Land,TX 77478


NRBM
17114 Kildonan Court
Richmond,TX 77407


Paul Wakulat
c/o Brandon Hedblom
2441 High Timbers Dr., Ste. 220
The Woodlands,TX 77380


Performance Food Group, Inc./
PFG/Roma Houston
6855 Business Park Drive
Houston,TX 77041


Prosperity Bank
80 Sugar Creek Center Blvd.
Sugar Land,TX 77478


R1 Rayford Road, LLC
15010 Lakefair Drive
Richmond,TX 77406


Realty 1 Partners
15010 Lakefair Drive
Richmond,TX 77406


Richard Blumenthal
17114 Kildonan Court
Richmond,TX 77407

River Park Crossing, LLC
15010 Lakefair Drive
Richmond,TX 77406


RMV Energy, LLC
23011 Laguna Point Drive
Katy,TX 77450


Robert Bennett
14007 W. 156th Lane
Olathe,KS 66062


Robert Latham
c/o Vivian Vy Nguyen
13501 Katy Freeway, Suit 1490
Houston,TX 77079


Robert Latham
32815 Whitburn Trail
Fulshear,TX 77441


Robert Latham
c/o Byron R. O'Neal
11152 Westheimer, Suite 140
Houston,Tx 77042


Robert M. Leech
10003 Touhy Lake Drive
Katy,TX 77494


Ruben Garcia
1302 Kirby Lake Court
Richmond,TX 77406


Russell L. Hallberg, Jr./Tonie L. Hallbe
25418 Richton Falls Drive
Richmond,TX 77406

Ryan Glenn Choate
31710 Edgewater Drive
Magnolia,TX 77354


Scott Bean
4122 Cambry Park
Katy,TX 77450


Scott Cross
4914 Ten Sleep Lane
Friendswood,TX 77546


Southpark at Cinco Ranch, LLC
c/o Regency Centers Corp.
One Independent Dr., Ste 114
Jacksonville,FL 32202-5019


Southpark at Cinco Ranch, LLC
c/o Regency Centers Corporation
3700 Buffalo Speedway, Suite 560
Houston,TX 77098


Southwest Cinco Ranch, LLC
c/o Matthew M. Buschi
1980 Post Oak Blvd., Suite 1200
Houston,TX 77056


Spirit of Texas Bank, ssb/SBA
c/o Rodney Reynolds
601 Sawyer, Suite 225
Houston,TX 77007


Stephen Schaefer
18910 Crescent Bay Drive
Houston,TX 77094


Stephen Schaefer
134 Lands End Way
Jupiter,FL 33458

```
Sysco Houston, Inc.
c/o Andrew Green
2000 West Loop South, Suite 2100
Houston,TX 77027


Texas Comptroller of Public Accounts.
Office of the Attorney General
P.O. Box 12548
Austin,TX 78711-2548


Texas Comptroller of Public Accounts_
111 E. 17th Street
Austin,TX 78774-0100


Theresa Vela
c/o Michael D. Stein
1811 Bering Dr., Ste 420
Houston,TX 77057-3186


Theresa Vela
c/o Javier Marcos, Jr.
228 Westheimer Road
Houston,TX 77006


TK Design & Construction
13915 Skyview Drive
Sugar Land,TX 77498


Travis-WR1, LLC
15010 Lakefair Drive
Richmond,TX 77406


Troy Kunz
8030 Crescent Knoll Drive
Richmond,TX 77406


Wilbur Hardy, Jr./William J. Blackbird
c/o Ross Spence
2929 Allen Parkway, Suite 2800
Houston,TX 77019
```

```
World Business Lenders
c/o D. Willens
707 Wilshire Blvd., Suite 4000
Los Angeles,CA 90017


World Business Lenders/
Bank of Lake Mills
136 E. Madison Street
Lake Mills,WI 53551


World Business Lenders/Bank of Lake Mill
c/o Natalia A. Minassian
18757 Burbank Blvd., Suite 100
Tarzana,CA 91356


WSLTJ, LLC
7510 Foster Island
Richmond,TX 77406
```

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Texas**
**Houston Division**

In re:   <u>**Sammy Vela**</u>                                        Case No. _____

Debtors                                   Chapter  **7**_____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:   **August 4, 2019**_____        Signed: **/s/Sammy Vela**_____

Dated:   _____        Signed: _____