

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
11/04/2019

| | | |
|---|---|---|
| IN RE: | § | |
| SAMMY VELA | § | CASE NO: 19-34286 |
| Debtor | § | |
| | § | CHAPTER 7 |

**ORDER**
**APPROVING REAFFIRMATION AGREEMENT**
*Resolving ECF No. 18*

On November 4, 2019, this Court held a hearing on Debtor's reaffirmation agreement with Ally Bank.[1]  For the reasons stated on the record, the agreement would not impose an undue hardship.  It is therefore **ORDERED** that the reaffirmation agreement between the Debtor and Ally Bank be approved.

SIGNED 11/04/2019.

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge

---

[1] ECF No. 18.

1 / 1